DOC # 4 

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re
Calpine Corporation

Debtor
Calpine Corporation

HSBC Bank USA
*National Association, as Indenture Trustee
Under the Second Priority Indenture*
                             Appellant,
     -against-

Calpine Corporation
                             Appellee
------------------------------------------------------------X

07cv3088(GBD)
<u>SCHEDULING ORDER</u>

GEORGE B. DANIELS, District Court Judge:

     An appeal of an Order of the Bankruptcy Court of the Southern District of New York having been filed and both appellant and appellee having submitted their designation of record on appeal, it is hereby,

     ORDERED, that appellant's memorandum of law in support of its appeal shall be submitted by **June 7, 2007** appellees' opposition shall be submitted by **July 5, 2007**, and appellant's reply shall be submitted by **August 2, 2007**.

     IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide one courtesy copy to United States Courthouse, 40 Centre Street, Rm 410, New York, New York 10007.

Dated: New York, New York
       April 18, 2007

SO ORDERED:

*George B. Daniels*
George B. Daniels, USDJ

MICROFILM APR 19 2007 -9 00 AM