USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: MAY 0 2 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re

CALPINE CORPORATION, et al.,

Chapter 11

Case No. 05-60200 (BRL)

(Jointly Administered)

HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE,

Appellant,

– against –

CALPINE CORPORATION,

Appellee.

Case No. 1:07-cv-03088 (GBD)

HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE,

Appellant,

– against –

CALPINE CORPORATION,

Appellee.

Case No. 1:07-cv-03122 (GBD)

HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE,

Appellant,

– against –

CALPINE CORPORATION,

Appellee.

Case No. 1:07-cv-03124 (GBD)

3374945_3

| | |
|---|---|
| THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT FOR THE HOLDERS OF THE SECOND PRIORITY SECURED TERM LOANS,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | Case No. 1:07-cv-03125 (GBD) |
| THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT FOR THE HOLDERS OF THE SECOND PRIORITY SECURED TERM LOANS,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | Case No. 1:07-cv-03126 (GBD) |
| THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT FOR THE HOLDERS OF THE SECOND PRIORITY SECURED TERM LOANS,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | Case No. 1:07-cv-03127 (GBD) |

| | |
|---|---|
| WILMINGTON TRUST COMPANY,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | Case No. 1:07-cv-03187 (GBD) |
| WILMINGTON TRUST COMPANY,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | Case No. 1:07-cv-03188 (GBD) |
| WILMINGTON TRUST COMPANY,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | Case No. 1:07-cv-03189 (GBD) |
| WILMINGTON TRUST COMPANY,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | Case No. 1:07-cv-03190 (GBD) |

| | |
|---|---|
| WILMINGTON TRUST COMPANY,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | Case No. 1:07-cv-03191 (GBD) |
| WILMINGTON TRUST COMPANY,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | Case No. 1:07-cv-03192 (GBD) |
| WILMINGTON TRUST COMPANY,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | Case No. 1:07-cv-03193 (GBD) |
| WILMINGTON TRUST COMPANY,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | Case No. 1:07-cv-03194 (GBD) |

| | | |
|---|---|---|
| WILMINGTON TRUST FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | : | Case No. 1:07-CV-03195 (GBD) |
| WILMINGTON TRUST FSB, SOLELY IN ITS CAPACITY AS INDENTURE, TRUSTEE,<br><br>Appellant,<br><br>- against -<br><br>CALPINE CORPORATION,<br><br>Appellee. | : | Case No. 1:07-cv-03196 (GBD) |
| WILMINGTON TRUST FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | : | Case No. 1:07-cv-03197 (GBD) |

| | |
|---|---|
| WILMINGTON TRUST FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | Case No. 1:07-cv-03198 (GBD) |
| MANUFACTURERS AND TRADERS TRUST COMPANY,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | Case No. 1:07-cv-03199 (GBD) |
| MANUFACTURERS AND TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | Case No. 1:07-cv-03200 (GBD) |
| MANUFACTURERS AND TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE,<br><br>Appellant,<br><br>– against –<br><br>CALPINE CORPORATION,<br><br>Appellee. | Case No. 1:07-cv-03201 (GBD) |

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDER OF CALPINE CORPORATION, ET AL.,<br><br>Appellants,<br><br>- against -<br><br>THE BANK OF NOVA SCOTIA, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE<br><br>Appellees. | Case No. 1:07-cv-03202 (GBD) |
| THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF CALPINE CORPORATION, ET AL.,<br><br>Appellants.<br><br>- against -<br><br>THE BANK OF NOVA SCOTIA, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE<br><br>Appellees. | Case No. 1:07-cv-03203 (GBD) |

3374945_3



| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF CALPINE CORPORATION, ET AL.,<br><br>Appellants.<br><br>- against -<br><br>THE BANK OF NOVA SCOTIA, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE<br><br>Appellees. | : | Case No. 1:07-cv-03204 (GBD) |
| CALPINE CORPORATION, et al.,<br><br>Appellant,<br><br>– against –<br><br>WILMINGTON TRUST FSB, et al.,<br><br>Appellee. | : | Case No. 1:07-cv-03266 (GBD) |
| CALPINE CORPORATION,<br><br>Appellant,<br><br>– against –<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON | : | Case No. 1:07-cv- 3267 (GBD) |

TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE,

Appellee.

---------------------------------------------------------------x

CALPINE CORPORATION,

Appellant,

– against –

HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE,

Appellee.

Case No. 1:07-cv-3268 (GBD)

---------------------------------------------------------------x

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, ET AL.,

Appellants.

- against -

HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE,

Appellees.

Case No. 1:07-cv-3263 (GBD)

---------------------------------------------------------------x

3374945_3



| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, ET AL.,<br><br>Appellants.<br><br>- against -<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE,<br><br>Appellees. | Case No. 1:07-cv-3264 (GBD) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, ET AL.,<br><br>Appellants.<br><br>- against -<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE,<br><br>Appellees. | Case No. 1:07-cv-3265 (GBD) |

**STIPULATION AND AGREED ORDER CONSOLIDATING APPEALS FROM ORDERS OF THE BANKRUPTCY COURT**

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the respective parties, and, upon approval of the Court, shall be deemed ORDERED, as follows:

1. Each of the above appeals shall be consolidated for all purposes.

2. The caption for the consolidated appeals shall be as follows:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**CALPINE CORPORATION, et al.,** | **Chapter 11**<br><br>**Case No. 05-60200 (BRL)**<br><br>**(Jointly Administered)** |
| **HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE**<br><br>**Appellants,**<br><br>**– against –**<br><br>**CALPINE CORPORATION, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**<br><br>**Appellees.** | **Case No. 1:07-cv-03088 (GBD)** |

3374945_3



| | |
|---|---|
| **CALPINE CORPORATION, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS,** | : |
| **Appellants,** | : |
| **– against –** | : |
| **HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE,** | : |
| **Appellees.** | : |

DATED: New York, NY
April 25, 2007

By ______________________
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Mark I. Bane, Esq. (MB 4883)
Mark R. Somerstein, Esq. (MS 9721)
David S. Elkind, Esq. (DE 4054)

*Attorneys for HSBC Bank USA, National Association, as Indenture Trustee under the Second Priority Indenture and for The Bank of New York, as Administrative Agent under the Second Priority Credit and Guarantee Agreement with respect to certain Second Priority Secured Institutional Term Loans*

By ______________________
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Richard M. Cieri, Esq. (RC 6062)
Mark Kieselstein, Esq. (admitted pro hac vice)
David Seligman, Esq. (admitted pro hac vice)
Edward O. Sassower, Esq. (ES 5823)
Jeffrey S. Powell, Esq. (admitted pro hac vice)
Stephen E. Hessler, Esq. (admitted pro hac vice)

*Attorneys for Debtors Calpine Generating Company, LLC, CalGen Finance Corp., Calpine Corporation, and Each of their Debtor Subsidiaries and Affiliates Listed in Exhibit 1*

3374945_3



By ______________________________

NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
Chris Desiderio, Esq. (CD 6929)
Richard C. Pedone, Esq. (admitted pro hac vice)
Amanda D. Darwin, Esq. (AD 2719)

*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans*

By [signature]

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

By ______________________________

AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Fred S. Hodara, Esq. (FH 7947)
Michael S. Stamer, Esq. (MS 4900)
Philip Dublin, Esq. (PD 4919)
Alexis Freeman, Esq. (AF 0328)
Robert A. Johnson, Esq. (RJ 6553)

*Attorneys for the Official Committee of Unsecured Creditors*

By ______________________________

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Gary L. Kaplan, Esq. (GK 4542)
Brad E. Scheler, Esq. (BS 8019)
Adrian Feldman, Esq. (AF 2478)

*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*

**SO ORDERED:**

______________________________
UNITED STATES DISTRICT JUDGE

Dated: April , 2007

3374945_3

By [signature]
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
Chris Desiderio, Esq. (CD 6929)
Richard C. Pedone, Esq. (admitted pro hac vice)
Amanda D. Darwin, Esq. (AD 2719)

*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans*

By ______________________
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

By ______________________
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Fred S. Hodara, Esq. (FH 7947)
Michael S. Stamer, Esq. (MS 4900)
Philip Dublin, Esq. (PD 4919)
Alexis Freeman, Esq. (AF 0328)
Robert A. Johnson, Esq. (RJ 6553)

*Attorneys for the Official Committee of Unsecured Creditors*

By ______________________
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Gary L. Kaplan, Esq. (GK 4542)
Brad E. Scheler, Esq. (BS 8019)
Adrian Feldman, Esq. (AF 2478)

*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*

**SO ORDERED:**

______________________
UNITED STATES DISTRICT JUDGE

Dated: April , 2007

3374945_3

By ______________________________

NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
Chris Desiderio, Esq. (CD 6929)
Richard C. Pedone, Esq. (admitted pro hac vice)
Amanda D. Darwin, Esq. (AD 2719)

*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans*

By ______________________________

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

By ______________________________

AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Fred S. Hodara, Esq. (FH 7947)
Michael S. Stamer, Esq. (MS 4900)
Philip Dublin, Esq. (PD 4919)
Alexis Freeman, Esq. (AF 0328)
Robert A. Johnson, Esq. (RJ 6553)

*Attorneys for the Official Committee of Unsecured Creditors*

By ______________________________

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Gary L. Kaplan, Esq. (GK 4542)
Brad E. Scheler, Esq. (BS 8019)
Adrian Feldman, Esq. (AF 2478)

*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*

**SO ORDERED:**

______________________________
UNITED STATES DISTRICT JUDGE

Dated: April , 2007

3374945_3

By ______________________

NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
Chris Desiderio, Esq. (CD 6929)
Richard C. Pedone, Esq. (admitted pro hac vice)
Amanda D. Darwin, Esq. (AD 2719)

*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans*

By ______________________

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

By ______________________

AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Fred S. Hodara, Esq. (FH 7947)
Michael S. Stamer, Esq. (MS 4900)
Philip Dublin, Esq. (PD 4919)
Alexis Freeman, Esq. (AF 0328)
Robert A. Johnson, Esq. (RJ 6553)

*Attorneys for the Official Committee of Unsecured Creditors*

By ______________________

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Gary L. Kaplan, Esq. (GK 4542)
Brad E. Scheler, Esq. (BS 8019)
Adrian Feldman, Esq. (AF 2478)

*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*

**SO ORDERED:**

George B. Daniels
UNITED STATES DISTRICT JUDGE
HON. GEORGE B. DANIELS

Dated: April , 2007
MAY 0 2 2007

3374945_3