AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022-2524
Telephone:  (212) 872-1000
Facsimile:   (212) 872-1002
Robert A. Johnson (RJ 6553)
Michael S. Stamer (MS 4900)

Counsel to the Official Committee of Unsecured
Creditors of Calpine Corporation, et al.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re<br>CALPINE CORPORATION, et al.,<br>                                        Debtors. | Chapter 11<br>Case No. 05-60200 (BRL)<br>(Jointly Administered) |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE,<br>                                        Appellants,<br>                     v.<br>CALPINE CORPORATION, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS,<br>                                        Appellees. | Case No. 1:07-cv-3088 (GBD)<br><br>**NOTICE OF APPEARANCE** |
| CALPINE CORPORATION, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS,<br>                                        Appellants,<br>                     v.<br>HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, AND MANUFACTURERS & TRADE TRUST COMPANY, AS INDENTURE TRUSTEE,<br>                                        Appellees. | |

7792256 v1

TO:   ALL COUNSEL ON THE ATTACHED LIST

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors of Calpine Corporation, et al. appear in this action by their undersigned counsel, Akin Gump Strauss Hauer & Feld, LLP.

| | |
|---|---|
| Dated: New York, New York<br>May 4, 2007 | Respectfully submitted, |

          /s/ Robert A. Johnson
Michael S. Stamer (MS 4900)
Robert A. Johnson (RJ 6553)
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022
Tel.:  (212) 872-1000
Counsel to the Official Committee of Unsecured Creditors of Calpine Corporation, et al.

**COUNSEL**

| | |
|---|---|
| Stephen E. Hessler<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY  10022-4611<br>(212) 446-4800 | Counsel for Calpine Corporation,<br>et al. (Debtors) |
| Christopher M. Desiderio<br>NIXON PEABODY LLP<br>437 Madison Avenue<br>New York, New York 10022<br>(212) 940-3000 | Counsel for Wilmington Trust FSB, as Indenture Trustee, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent |
| David S. Elkind<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York  10036-8704<br>(212) 596-9000 | Counsel for HSBC Bank USA, National Association, as Indenture Trustee, and The Bank of New York, as Administrative Agent |
| Christopher Marcus<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York  10153-0119<br>(212) 310-8000 | Counsel for Manufacturers & Traders Trust Company, as Indenture Trustee |
| Gary L. Kaplan<br>FRIED, FRANK, HARRIS, SHRIVER<br>    & JACOBSON LLP<br>One New York Plaza<br>New York, New York  10004<br>(212) 859-8812 | Counsel for Official Committee of Equity Security Holders |
| Robert A. Johnson<br>AKIN GUMP STRAUSS HAUER<br>    & FELD LLP<br>590 Madison Avenue<br>New York, New York  10022<br>(212) 872-1000 | Counsel for Official Committee of Unsecured Creditors |

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Appearance was sent to all counsel on the attached list by ECF distribution and by e-mail on May 4, 2007.

                                              /s/ Robert A. Johnson
                                                 Robert A. Johnson