**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In Re                                                            :

                                                                 :      **Chapter 11**

                                                                 :

**CALPINE CORPORATION, et al.,**                                 :      **Case No. 05-60200 (BRL)**

                                                                 :

                                                                 :      **(Jointly Administered)**

                                                                 :
-----------------------------------------------------------------x

**HSBC BANK USA, NATIONAL**
**ASSOCIATION, AS INDENTURE**
**TRUSTEE,**                                                     :      **Case No. 1:07-cv-03088 (GBD)**

                                                                 :

            **Appellant,**                                       :

                                                                 :

        **– against –**                                          :

                                                                 :

**CALPINE CORPORATION,**                                         :

                                                                 :

            **Appellee.**                                        :
-----------------------------------------------------------------x

**HSBC BANK USA, NATIONAL**
**ASSOCIATION, AS INDENTURE**
**TRUSTEE,**                                                     :      **Case No. 1:07-cv-03122 (UA)**

                                                                 :

            **Appellant,**                                       :

                                                                 :

        **– against –**                                          :

                                                                 :

**CALPINE CORPORATION,**                                         :

                                                                 :

            **Appellee.**                                        :
-----------------------------------------------------------------x

**HSBC BANK USA, NATIONAL**
**ASSOCIATION, AS INDENTURE**                                    :      **Case No. 1:07-cv-03124 (UA)**
**TRUSTEE,**                                                     :

                                                                 :

            **Appellant,**                                       :

                                                                 :

        **– against –**                                          :

                                                                 :

**CALPINE CORPORATION,**                                         :

                                                                 :

            **Appellee.**                                        :
-----------------------------------------------------------------x

```
------------------------------------------------x
THE BANK OF NEW YORK, AS                         :
ADMINISTRATIVE AGENT FOR THE                     :
HOLDERS OF THE SECOND PRIORITY                   :
SECURED TERM LOANS,                              :      Case No. 1:07-cv-03125 (UA)
                                                 :
            Appellant,                           :
                                                 :
      – against –                                :
                                                 :
CALPINE CORPORATION,                             :
                                                 :
            Appellee.                            :
------------------------------------------------x
THE BANK OF NEW YORK, AS                         :
ADMINISTRATIVE AGENT FOR THE                     :
HOLDERS OF THE SECOND PRIORITY                   :
SECURED TERM LOANS,                              :      Case No. 1:07-cv-03126 (UA)
                                                 :
            Appellant,                           :
                                                 :
      – against –                                :
                                                 :
CALPINE CORPORATION,                             :
                                                 :
            Appellee.                            :
------------------------------------------------x
THE BANK OF NEW YORK, AS                         :
ADMINISTRATIVE AGENT FOR THE                     :
HOLDERS OF THE SECOND PRIORITY                   :
SECURED TERM LOANS,                              :      Case No. 1:07-cv-03127 (UA)
                                                 :
            Appellant,                           :
                                                 :
      – against –                                :
                                                 :
CALPINE CORPORATION,                             :
                                                 :
            Appellee.                            :
------------------------------------------------x
```

```
----------------------------------------------x
```
| | | |
|---|---|---|
| **WILMINGTON TRUST COMPANY,** | : | **Case No. 1:07-cv-03187 (UA)** |
| | : | |
| *Appellant,* | : | |
| | : | |
| – against – | : | |
| | : | |
| **CALPINE CORPORATION,** | : | |
| | : | |
| *Appellee.* | : | |

```
----------------------------------------------x
```
| | | |
|---|---|---|
| **WILMINGTON TRUST COMPANY,** | : | **Case No. 1:07-cv-03188 (UA)** |
| | : | |
| *Appellant,* | : | |
| | : | |
| – against – | : | |
| | : | |
| **CALPINE CORPORATION,** | : | |
| | : | |
| *Appellee.* | : | |

```
----------------------------------------------x
```
| | | |
|---|---|---|
| **WILMINGTON TRUST COMPANY,** | : | **Case No. 1:07-cv-03189 (UA)** |
| | : | |
| *Appellant,* | : | |
| | : | |
| – against – | : | |
| | : | |
| **CALPINE CORPORATION,** | : | |
| | : | |
| *Appellee.* | : | |

```
----------------------------------------------x
```
| | | |
|---|---|---|
| **WILMINGTON TRUST COMPANY,** | : | **Case No. 1:07-cv-03190 (UA)** |
| | : | |
| *Appellant,* | : | |
| | : | |
| – against – | : | |
| | : | |
| **CALPINE CORPORATION,** | : | |
| | : | |
| *Appellee.* | : | |

```
----------------------------------------------x
```

```
------------------------------------------------X
WILMINGTON TRUST COMPANY,        :     Case No. 1:07-cv-03191 (UA)
                                 :
                Appellant,       :
                                 :
             – against –         :
                                 :
CALPINE CORPORATION,             :
                                 :
                Appellee.        :
------------------------------------------------X
WILMINGTON TRUST COMPANY,        :     Case No. 1:07-cv-03192 (UA)
                                 :
                Appellant,       :
                                 :
             – against –         :
                                 :
CALPINE CORPORATION,             :
                                 :
                Appellee.        :
------------------------------------------------X
WILMINGTON TRUST COMPANY,        :     Case No. 1:07-cv-03193 (UA)
                                 :
                Appellant,       :
                                 :
             – against –         :
                                 :
CALPINE CORPORATION,             :
                                 :
                Appellee.        :
------------------------------------------------X
WILMINGTON TRUST COMPANY,        :     Case No. 1:07-cv-03194 (UA)
                                 :
                Appellant,       :
                                 :
             – against –         :
                                 :
CALPINE CORPORATION,             :
                                 :
                Appellee.        :
------------------------------------------------X
```

10527606.3

```
------------------------------------------------------x
WILMINGTON TRUST FSB, SOLELY IN    :
ITS CAPACITY AS INDENTURE          :
TRUSTEE,                           :       Case No. 1:07-CV-03195 (UA)
                                   :
          Appellant,               :
                                   :
      – against –                  :
                                   :
CALPINE CORPORATION,               :
                                   :
          Appellee.                :
------------------------------------------------------x
WILMINGTON TRUST FSB, SOLELY IN    :
ITS CAPACITY AS INDENTURE,         :
TRUSTEE,                           :       Case No. 1:07-cv-03196 (UA)
                                   :
          Appellant,               :
                                   :
      - against -                  :
                                   :
CALPINE CORPORATION,               :
                                   :
          Appellee.                :
------------------------------------------------------x
WILMINGTON TRUST FSB, SOLELY IN    :
ITS CAPACITY AS INDENTURE          :
TRUSTEE,                           :       Case No. 1:07-cv-03197 (UA)
                                   :
          Appellant,               :
                                   :
      – against –                  :
                                   :
CALPINE CORPORATION,               :
                                   :
          Appellee.                :
------------------------------------------------------x
```

```
-------------------------------------------------x
```
WILMINGTON TRUST FSB, SOLELY IN    :
ITS CAPACITY AS INDENTURE    :
TRUSTEE,    :    Case No. 1:07-cv-03198 (UA)
   :
      Appellant,    :
   :
    – against –    :
   :
CALPINE CORPORATION,    :
   :
      Appellee.    :
```
-------------------------------------------------x
```
MANUFACTURERS AND TRADERS    :
TRUST COMPANY,    :    Case No. 1:07-cv-03199 (UA)
   :
      Appellant,    :
   :
    – against –    :
   :
CALPINE CORPORATION,    :
   :
      Appellee.    :
```
-------------------------------------------------x
```
MANUFACTURERS AND TRADERS    :
TRUST COMPANY, AS INDENTURE    :
TRUSTEE,    :    Case No. 1:07-cv-03200 (UA)
   :
      Appellant,    :
   :
    – against –    :
   :
CALPINE CORPORATION,    :
   :
      Appellee.    :
```
-------------------------------------------------x
```
MANUFACTURERS AND TRADERS    :
TRUST COMPANY, AS INDENTURE    :
TRUSTEE,    :    Case No. 1:07-cv-03201 (UA)
   :
      Appellant,    :
   :
    – against –    :
   :
CALPINE CORPORATION,    :
   :
      Appellee.    :
```
-------------------------------------------------x
```

```
-----------------------------------------------------------x
```
THE OFFICIAL COMMITTEE OF EQUITY          :
SECURITY HOLDER OF CALPINE                :
CORPORATION, ET AL.,                      :          Case No. 1:07-cv-03202 (UA)
                                          :
         Appellants,                      :
                                          :
      – against –                         :
                                          :
THE BANK OF NOVA SCOTIA,  AS              :
ADMINISTRATIVE AGENT,                     :
WILMINGTON TRUST FSB, AS                  :
INDENTURE TRUSTEE,                        :
WILMINGTON TRUST COMPANY, AS             :
COLLATERAL AGENT,                         :
WILMINGTON TRUST COMPANY, AS             :
ADMINISTRATIVE AGENT,                     :
HSBC BANK USA, NATIONAL                   :
ASSOCIATION, AS INDENTURE TRUSTEE,       :
THE BANK OF NEW YORK, AS                  :
ADMINISTRATIVE AGENT,                     :
MANUFACTURERS & TRADERS TRUST            :
COMPANY, AS INDENTURE TRUSTEE            :
                                          :
         Appellees.                       :
```
-----------------------------------------------------------x
```
THE OFFICIAL COMMITTEE OF EQUITY          :
SECURITY HOLDERS OF CALPINE               :
CORPORATION, ET AL.,                      :          Case No. 1:07-cv-03203 (UA)
                                          :
         Appellants.                      :
                                          :
      - against -                         :
                                          :
THE BANK OF NOVA SCOTIA,  AS              :
ADMINISTRATIVE AGENT,                     :
WILMINGTON TRUST FSB, AS                  :
 INDENTURE TRUSTEE,                       :
WILMINGTON TRUST COMPANY, AS             :
COLLATERAL AGENT,                         :
WILMINGTON TRUST COMPANY, AS             :
ADMINISTRATIVE AGENT,                     :
HSBC BANK USA, NATIONAL                   :
ASSOCIATION, AS INDENTURE TRUSTEE,       :
THE BANK OF NEW YORK, AS                  :
ADMINISTRATIVE AGENT,                     :
MANUFACTURERS & TRADERS TRUST            :

COMPANY, AS INDENTURE TRUSTEE   :
   :
     Appellees.   :
-------------------------------------------------x

THE OFFICIAL COMMITTEE OF EQUITY   :
SECURITY HOLDERS OF CALPINE
CORPORATION, ET AL.,   :     Case No. 1:07-cv-03204 (UA)
   :
     Appellants.   :
   :
    - against -   :
   :
THE BANK OF NOVA SCOTIA,  AS   :
ADMINISTRATIVE AGENT,
WILMINGTON TRUST FSB, AS   :
INDENTURE TRUSTEE,
WILMINGTON TRUST COMPANY, AS   :
COLLATERAL AGENT,
WILMINGTON TRUST COMPANY, AS   :
ADMINISTRATIVE AGENT,
HSBC BANK USA, NATIONAL   :
ASSOCIATION, AS INDENTURE TRUSTEE,   :
THE BANK OF NEW YORK, AS
ADMINISTRATIVE AGENT,   :
MANUFACTURERS & TRADERS TRUST
COMPANY, AS INDENTURE TRUSTEE   :
   :
     Appellees.   :
-------------------------------------------------x

CALPINE CORPORATION, et al.,   :
   :
     Appellant,   :     Case No. 1:07-cv-03266 (UA)
   :
    – against –   :
   :
   :
WILMINGTON TRUST FSB, et al.,   :
   :
     Appellee.   :
-------------------------------------------------x

CALPINE CORPORATION,   :
   :
     Appellant,   :     Case No. 1:07-cv-    (UA)
   :
   :
    – against –   :
   :

HSBC BANK USA, NATIONAL                       :
ASSOCIATION, AS INDENTURE                     :
TRUSTEE, THE BANK OF NEW YORK,                :
AS ADMINISTRATIVE AGENT,                      :
WILMINGTON TRUST FSB, AS                      :
INDENTURE TRUSTEE, WILMINGTON                 :
TRUST COMPANY, AS ADMINISTRATIVE              :
AGENT, WILMINGTON TRUST COMPANY,              :
AS COLLATERAL AGENT, AND                      :
MANUFACTURERS & TRADERS TRUST                 :
COMPANY, AS INDENTURE TRUSTEE,                :
                                              :
            Appellee.                         :
-----------------------------------------------------------------x
CALPINE CORPORATION,                          :
                                              :
            Appellant,                        :        Case No. 1:07-cv-          (UA)
                                              :
        – against –                           :
                                              :
HSBC BANK USA, NATIONAL                       :
ASSOCIATION, AS INDENTURE                     :
TRUSTEE, THE BANK OF NEW YORK,                :
AS ADMINISTRATIVE AGENT,                      :
WILMINGTON TRUST FSB, AS                      :
INDENTURE TRUSTEE, WILMINGTON                 :
TRUST COMPANY, AS ADMINISTRATIVE              :
AGENT, WILMINGTON TRUST COMPANY,              :
AS COLLATERAL AGENT, AND                      :
MANUFACTURERS & TRADERS TRUST                 :
COMPANY, AS INDENTURE TRUSTEE,                :
                                              :
            Appellee.                         :
-----------------------------------------------------------------x
THE OFFICIAL COMMITTEE OF                     :
UNSECURED CREDITORS OF CALPINE                :
CORPORATION, ET AL.,                          :        Case No. 1:07-cv-          (UA)
                                              :
            Appellants.                       :
                                              :
        - against -                           :
                                              :
HSBC BANK USA, NATIONAL                       :
ASSOCIATION, AS INDENTURE                     :
TRUSTEE, THE BANK OF NEW YORK,                :
AS ADMINISTRATIVE AGENT,                      :
WILMINGTON TRUST FSB, AS                      :
INDENTURE TRUSTEE, WILMINGTON                 :

TRUST COMPANY, AS ADMINISTRATIVE  :
AGENT, WILMINGTON TRUST COMPANY,  :
AS COLLATERAL AGENT, AND           :
MANUFACTURERS & TRADERS TRUST      :
COMPANY, AS INDENTURE TRUSTEE,     :
                                   :
            Appellees.             :
-----------------------------------x

THE OFFICIAL COMMITTEE OF          :
UNSECURED CREDITORS OF CALPINE     :
CORPORATION, ET AL.,               :    Case No. 1:07-cv-        (UA)
                                   :
            Appellants.            :
                                   :
          - against -              :
                                   :
HSBC BANK USA, NATIONAL            :
ASSOCIATION, AS INDENTURE          :
TRUSTEE, THE BANK OF NEW YORK,     :
AS ADMINISTRATIVE AGENT,           :
WILMINGTON TRUST FSB, AS           :
INDENTURE TRUSTEE, WILMINGTON      :
TRUST COMPANY, AS ADMINISTRATIVE   :
AGENT, WILMINGTON TRUST COMPANY,   :
AS COLLATERAL AGENT, AND           :
MANUFACTURERS & TRADERS TRUST      :
COMPANY, AS INDENTURE TRUSTEE,     :
                                   :
            Appellees.             :
-----------------------------------x

THE OFFICIAL COMMITTEE OF          :
UNSECURED CREDITORS OF CALPINE     :
CORPORATION, ET AL.,               :    Case No. 1:07-cv-        (UA)
                                   :
            Appellants.            :
                                   :
          - against -              :
                                   :
HSBC BANK USA, NATIONAL            :
ASSOCIATION, AS INDENTURE          :
TRUSTEE, THE BANK OF NEW YORK,     :
AS ADMINISTRATIVE AGENT,           :
WILMINGTON TRUST FSB, AS           :
INDENTURE TRUSTEE, WILMINGTON      :
TRUST COMPANY, AS ADMINISTRATIVE   :
AGENT, WILMINGTON TRUST COMPANY,   :
AS COLLATERAL AGENT, AND           :
MANUFACTURERS & TRADERS TRUST      :

**COMPANY, AS INDENTURE TRUSTEE,**     :
                                                         :

                  **Appellees.**           :

-----------------------------------------------------------x

## STIPULATION AND AGREED ORDER ESTABLISHING A CONSOLIDATED DESIGNATION OF ITEMS TO BE INCLUDED ON APPEAL

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the respective parties, as follows:

The parties to the above captioned appeals agree to the following consolidated designation of items to be included on appeal:[1]

## I.   Orders

| No. | Description | Docket Number |
|---|---|---|
| 1. | Memorandum Decision and Order Granting, in Part, Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, entered March 5, 2007 | 3875 |
| 2. | Order (I) Granting Debtors' Limited Objection to Claim Numbers 2664, 3275, 3393 Through 3421 (Inclusive), 3546 Through 3554 (Inclusive), 3586 Through 3588 (Inclusive), 3731, 4073, 5653 Through 5730 (Inclusive), 5791, and 5792; (II) Determining the Value of the CalGen Secured Debt Pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure; and (III) Authorizing Repayment of CalGen Secured Debt, entered March 12, 2007 | 3970 |
| 3. | Order Authorizing Debtors to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d) and 364(e), entered March 12, 2007 | 3972 |

---

[1]     To the extent this Consolidated Designation of Items to be Included on Appeal omits any document appearing in any party's previously filed Statement of Issues and Designation of Items to be Included on Appeal, it shall not affect such party's right to reference such document.

4.      Amended Order (I) Granting Debtors' Limited Objection to Claim Numbers 2664, 3275, 3393 Through 3421 (Inclusive), 3546 Through 3554 (Inclusive) , 3586 Through 3588 (Inclusive), 3731, 4073, 5653 Through 5730 (Inclusive), 5791, and 5792; (II) Determining the Value of the CalGen Secured Debt Pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure; and (III) Authorizing Repayment of CalGen Secured Debt, entered March 26, 2007      4120

## II.   Related Motion, Objections and Affidavits

| No. | Description | Docket Number |
|---|---|---|
| 5. | Debtor's Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed on January 26, 2007 | 3481 |
| 6. | Affidavit of Samuel M. Greene in Support of Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed January 26, 2007 | 3481<br>Exhibit C |
| 7. | Objection of Beal Bank to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed on February 16, 2007 | 3689 |
| 8. | Objection of Wilmington Trust Company as Collateral Agent to the Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed on February 16, 2007 | 3690 |
| 9. | Objection of Wilmington Trust Company as Administrative Agent to the Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed on February 16, 2007 | 3691 |

| 10. | Objection of Wilmington Trust FSB as Indenture Trustee to the Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed on February 16, 2007 | 3692 |
|---|---|---|
| 11. | Response of HSBC Bank USA, National Association, as Indenture Trustee, (A) in Opposition to Debtors' Motion for Approval of Refinancing, (B) In Opposition to Debtors' Limited Objection to Indenture Trustee's Claim on Behalf of Second Lien Noteholders, and (C) in Support of Indenture Trustee's Cross-Motion for Allowance of Claims, filed on February 16, 2007 | 3694 |
| 12. | Affidavit of Jason J. Jack in Support of Response of HSBC, Bank USA, National Association, as Indenture Trustee, (A) in Opposition to Debtors' Motion for Approval of Refinancing, (B) in Opposition to Debtors' Limited Objection to Indenture Trustee's Claim on Behalf of Second Lien Noteholders, and (C) in Support of Indenture Trustee's Cross-Motion for Allowance of Claims, filed on February 16, 2007 | 3695 |
| 13. | Response of Bank of New York, as Administrative Agent, (A) in Opposition to Debtors' Motion for Approval of Refinancing, (B) in Opposition to Debtors' Limited Objection to Administrative Agent's Claim on Behalf of Second Lien Lenders, and (C) in Support of Administrative Agent's Cross-Motion for Allowance of Claims, filed on February 16, 2007 | 3698 |
| 14. | Limited Objection of the Bank of Nova Scotia to Debtor's Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed on February 16, 2007 | 3699 |

| | | |
|---|---|---|
| 15. | Qualified Statement of the Official Committee of Unsecured Creditors of Calpine Corporation, et al. in Support of the Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed on February 16, 2007 | 3700 |
| 16. | Statement of the Official Committee of Equity Security Holders in Support of the Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed on February 16, 2007 | 3701 |
| 17. | Objection of Unofficial Committee of Second Lien Debtholders to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed on February 16, 2007 | 3707 |
| 18. | Ex Parte Motion of Manufacturers & Traders Trust Company Pursuant to 11 U.S.C. Section 107(b) and Bankruptcy Rule 9018 for Authorization to File a Redacted Version of the Affidavit of Christopher J. Kearns in Support of Manufacturers & Traders Trust Company's (A) Objection to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims and (B) Response to Debtors' Seventh Omnibus Objection to Proofs Of Claim, filed February 16, 2007 | 3709 |
| 19. | Motion of Unofficial Committee of Second Lien Debtholders to file Under Seal Portions of Objection of Unofficial Committee of Second Lien Debtholders to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed February 16, 2007 | 3710 |

- 16 -

| 20. | Manufacturers & Traders Trust Company's (A) Objection to Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims and (B) Response to Debtors Seventh Omnibus Objection to Proofs of Claim, filed on February 16, 2007 | 3711 |
|---|---|---|
| 21. | Memorandum of Law of Manufacturers & Traders Trust Company in Support of (A) Objection to Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims and (B) Response to Debtors Seventh Omnibus Objection to Proofs of Claim, filed on February 16, 2007 | 3713 |
| 22. | Statement /Joinder of The Bank of New York, as Administrative Agent, in Objection of the Unofficial Committee of Second Lien Debtholders to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims | 3735 |
| 23. | Affidavit of Christopher J. Kearns In Support of (A) Objection of Manufacturers & Traders Trust Company to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims and (B) Response to Debtors' Seventh Omnibus Objection to Proofs of Claim, filed February 22, 2007 | 3747 |
| 24. | Amended Affidavit of Christopher J. Kearns In Support of (A) Objection of Manufacturers & Traders Trust Company to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims and (B) Response to Debtors' Seventh Omnibus Objection to Proofs of Claim, filed February 22, 2007 | 3747 |

| 25. | Affidavit of Jason J. Jack in Support of Response of the Bank of New York, as Administrative Agent, (A) in Opposition to Debtors' Motion for Approval of Refinancing, (B) in Opposition to Debtors' Limited Objection to Administrative Agent's Claim on Behalf of Second Lien Lenders, and (C) in Support of Administrative Agent's Cross-Motion for Allowance of Claims, filed on February 22, 2007 | 3749 |
| --- | --- | --- |
| 26. | Supplemental Affidavit of Jason J. Jack in Support of Response of HSBC Bank USA, National Association, as Indenture Trustee, (A) in Opposition to Debtors' Motion for Approval of Refinancing, (B) in Opposition to Debtors' Limited Objection to Indenture Trustee's Claim on Behalf of Second Lien Noteholders, and (C) in Support of Indenture Trustee's Cross-Motion for Allowance of Claims, filed February 22, 2007 | 3750 |
| 27. | Ex Parte Motion of (I) Wilmington Trust Company as Collateral Agent; (II) Wilmington Trust Company as Administrative Agent; and (III) Wilmington Trust FSB as Indenture Trustee Pursuant to 11 U.S.C. § 107(b) and Bankruptcy Rule 9018 for Authorization to File Under Seal the Affidavits of Anders Maxwell and Stephen Darr in Support of (I) Wilmington Trust Company as Collateral Agent; (II) Wilmington Trust Company as Administrative Agent; and (III) Wilmington Trust FSB as Indenture Trustee's Individual Objections to the Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debtor; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed on February 23, 2007 | 3753 |
| 28. | Affidavit of Anders J. Maxwell In Support of Objections of Wilmington Trust FSB as Indenture Trustee, Wilmington Trust Company as Administrative Agent and as Collateral Agent to: Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay the Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed January 26, 2007 | 3753, *Filed Under Seal* |

| | | |
|---|---|---|
| 29. | Supplemental Affidavit of Stephen Darr In Support of Objection of Wilmington Trust Company as Administrative Agent to the Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay the Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed February 23, 2007 | 3753, *Filed Under Seal* |
| 30. | Supplemental Affidavit of Stephen Darr In Support of Objection of Wilmington Trust FSB as Indenture Trustee to the Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay the Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed February 23, 2007 | 3753, *Filed Under Seal* |
| 31. | Debtors' Consolidated Reply to Objections to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, filed February 23, 2007 | 3763 |
| 32. | Omnibus Reply to Objections to the Debtors' Refinancing Motion, filed February 23, 2007 | 3765 |
| 33. | Emergency Motion of Manufacturers & Traders Trust Company to Adjourn Hearing to Consider Debtors' (A) Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; (III) Determining Value of Secured Claims and (B) Seventh Omnibus Objection to Proofs of Claim, filed February 26, 2007 | 3771 |
| 34. | Statement Joinder of Wilmington Trust Company as Administrative Agent and Wilmington Trust  FSB as Indenture Trustee to Emergency Motion of Manufacturers & Traders Trust Company to Adjourn Hearing [DKT NO. 3771], filed February 26, 2007 | 3774 |

| 35. | Joinder of HSBC Bank USA, National Association, as Indenture Trustee, and The Bank of New York, as Administrative Agent, to Emergency Motion of Manufacturers & Traders Company to Adjourn Hearing to Consider Debtors' (A) Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (1) Refinance Existing Postpetition Financing and (2) Repay Prepetition Debt; and (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims and (B) Seventh Omnibus Objection to Proofs of Claim, filed February 26, 2007 | 3775 |
|---|---|---|
| 36. | Motion to File Under Seal the Emergency Motion of Wilmington Trust Company as Administrative Agent and Wilmington Trust FSB as Indenture Trustee, filed February 26, 2007 | 3777 |
| 37. | Emergency Motion of Wilmington Trust Company as Administrative Agent and Wilmington Trust FSB as Indenture Trustee, filed February 26, 2007 | 3777 *filed under seal* |
| 38. | Surreply of HSBC Bank USA, National Association, as Indenture Trustee and the Bank of New York, as Administrative Agent, (A) in Opposition to Debtors' Motion for Approval of Refinancing, (B) in Opposition to Debtors' Limited Objection to Indenture Trustee's and Administrative Agent's Claims of Behalf of Second Lien Noteholders and Second Lien Lenders, and (C) in Support of Indenture Trustee's and Administrative Agent's Cross-Motion for Allowance of Claims, filed February 26, 2007 | 3786 |
| 39. | Affidavit of Jason J. Jack In Support of Surreply of HSBC Bank, USA, National Association, as Indenture Trustee and The Bank of New York, as Administrative Agent, (A) In Opposition to Debtors' Motion for Approval of Refinancing, (B) In Opposition to Debtors' Limited Objection to Indenture Trustee's and Administrative Agent's Claims on Behalf of Second Lien Noteholders and Second Lien Lenders, and (C) In Support of Indenture Trustee's and Administrative Agent's Cross-Motion for Allowance of Claims, February 26, 2007 | 3786 |
| 40. | A true and correct copy of Transcript of Videotaped Confidential Deposition of Debtors by Samuel Green, taken February 23, 2007 at 9:20 am (filed under seal). | 3786, Exhibit E |

- 20 -

| 41. | A true and correct copy of The Debtors' Response to Notice of Videotaped 30(b)(6) Deposition of Calpine Corporation, et al., dated February 20, 2007 (filed under seal). | 3786, Exhibit F |
| --- | --- | --- |
| 42. | Manufacturers & Traders Company's Sur-Reply to the Debtors' Consolidated Reply to (A) Objections to Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims and (B) Response to Debtors' Seventh Omnibus Objection to Proofs of Claim, filed February 27, 2007 | 3792 |
| 43. | Surreply of Wilmington Trust Company as Administrative Agent and Wilmington Trust FSB as Indenture Trustee to Debtors' Consolidated Reply to Objections to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing and (B) Repay the Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; (III) Determining Value of Secured Claims, filed February 27, 2007 | 3793 |
| 44. | Surreply of HSBC Bank USA, National Association (related document(s) 3494, 3786). filed February 28, 2007 | 3817 *Filed Under Seal* |
| 45. | Declaration of David S. Elkin in Support of Surreply on Behalf of HSBC Bank USA, National Association (related document(s) 3494, 3786). (Gist, Marion) filed February 28, 2007 | 3819 *Filed Under Seal* |
| 46. | A true and correct copy of Transcript of Videotaped Confidential Deposition of Debtors by Samuel Green, taken February 23, 2007 at 9:20 am (filed under seal). | 3819, Exhibit E *Filed Under Seal* |
| 47. | A true and correct copy of The Debtors' Response to Notice of Videotaped 30(b)(6) Deposition of Calpine Corporation, et al., dated February 20, 2007 (filed under seal). | 3819, Exhibit F *Filed Under Seal* |

| | | |
|---|---|---|
| 48. | The Ex Parte Motion of Wilmington Trust Company to Compel Production or to Preclude Entry of Evidence and for a continuance of the hearing scheduled for February, 2007; the Affidavits of Anders Maxwell and Stephen Darr in Support of Wilmington Trust Company, Individual Objections to Debtors? Motion for Order: (1) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debtor; (2) Allowing Debtors? Limited Objection to Claims; and (iii) Determining Value of Secured Claims (related document(s) 3913, 3912), filed March 12, 2007 | 3967 *Filed Under Seal* |
| 49. | $5,000,000,000 Debtor-in-Possession and Exit Loan Facility Fee Letter, dated January 26, 2007 | 3668, *Filed Under Seal* |
| 50. | Transcript of Hearing Held on February 27, 2007 re: Hearing Pursuant to Kirkland and Ellis LLP Notice of Agenda of Matters Scheduled for Hearing, entered on March 5, 2007 | 3883 |
| 51. | Letter dated March 9, 2007 from George A. Davis of Weil, Gotshal & Manges LLP to Judge Lifland regarding the Counter Proposed Order | 4092 |
| 52. | Letter dated March 9, 2007 from Edward O. Sassower of Kirkland & Ellis LLP to Judge Lifland regarding the proposed Replacement DIP Facility Order and the CalGen Secured Debt Repayment Order | 4104, Exhibit A |
| 53. | Letter dated March 20, 2007 from Edward O. Sassower of Kirkland & Ellis to Judge Lifland regarding the proposed Amended CalGen Secured Debt Repayment Order | 4104, Exhibit B |
| 54. | Letter - Hearing Exhibits Submitted In Connection With February 27, 2007 Hearing On Debtors' Motion For Order (I) Authorizing Debtors To Obtain Replacement Postpetition Financing To (A) Refinance Existing Postpetition Financing And (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection To Claims; And (III) Determining Value Of Secured Claims (related document(s)3883, 3481) filed on March 20, 2007  with (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O). | 4050 |

| | | |
|---|---|---|
| 55. | Letter - Hearing Exhibits Submitted in Connection with February 27, 2007 Hearing on Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing To (A) Refinance Existing Postpetition Financing and (B) Replay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims (related document(s)3883, 3481) filed March 21, 2007 | 4067 |
| 56. | January 9, 2007 Discussion Of Proposed Refinancing (Greene Deposition Exhibit 6b) | 4067, Exhibit A *Filed Under Seal* |
| 57. | Email Correspondence From Samuel Green To Steve Cheng, Raymond Henger, Edward Sassower (Greene Deposition Exhibit 22) | 4067, Exhibit B *Filed Under Seal* |
| 58. | CALGEN EBITDAR BUILD-UP (GREENE DEPOSITION EXHIBIT 18) | 4067, Exhibit C *Filed Under Seal* |
| 59. | Document re Affidavit of Christopher J. Kearns in Support of Manufacturers & Traders Trust Company's Objection to Debtors' Motion for Order re Debtors to Obtain Replacement Postpetition Financing; Limited Objection to Claims; Determining Value of Secured Claims; and Response to Debtors' Seventh Omnibus Objection to Proofs of Claim. (Gist, Marion) filed March 22, 2007 | 4077 *Filed Under Seal* |

10527606.3

## III.    Loan Documents

| No. | Description | Docket Number |
|-----|-------------|---------------|
| 60. | First Priority Indenture, dated as of March 23, 2004, by and among the Issuers, the guarantors a party thereto and Trustee | 4050, Exhibit A (Trial Exhibit) |
| 61. | First Priority Term Note, dated as of March 23, 2004 | 4050, Exhibit B (Trial Exhibit) |
| 62. | Second Priority Indenture, dated as of March 23, 2004, by and among the Issuers, the guarantors a party thereto and Trustee | 4050, Exhibit B 3786, Exhibit A 3819, Exhibit A (Trial Exhibit) |
| 63. | Third Priority Indenture, dated as of March 23, 2004, by and among the Issuers, the guarantors a party thereto and Trustee | 4050, Exhibit C (Trial Exhibit) |
| 64. | Calpine Generating Company LLC's 10-K for Fiscal Year Ending December 31, 2004 | 4050, Exhibit D (Trial Exhibit) |
| 65. | Calpine Generating Company LLC's 10-K for Fiscal Year Ending December 31, 2005 | 4050, Exhibit E (Trial Exhibit) |
| 66. | Calpine Generating Company LLC's 10-Q for Quarter Ending September 30, 2006 | 4050, Exhibit F (Trial Exhibit) |
| 67. | Calpine Generating Company LLC's 10-Q for Quarter Ending June 30, 2006 | 4050, Exhibit G (Trial Exhibit) |
| 68. | Calpine Generating Company LLC's 10-Q for Quarter Ending March 31, 2006 | 4050, Exhibit H (Trial Exhibit) |
| 69. | Calpine Generating Company LLC's 10-Q for Quarter Ending September 30, 2006 | 4050, Exhibit I 3786, Exhibit D 3819, Exhibit D (Trial Exhibit) |
| 70. | Credit and Guarantee Agreement, dated as of March 23, 2004, among CalGen Generating Company, LLC, the guarantors a party thereto, Term Loan Administrative Agent, and current and future lenders with respect to certain First Priority Secured Institutional Term Loans Due 2009 in the original principal amount of $600,000,000 | 4050, Exhibit J (Trial Exhibit) |

| 71. | Amended and Restated Credit Agreement, dated as of March 23, 2004, among CalGen Generating Company, LLC, the guarantors a party thereto, the Revolving Loan Administrative Agent, Bayerische Landesbank Cayman Island Branch, Credit Lyonnais, ING Capital LLC, Toronto Dominion (Texas) Inc., Union Bank of California, N.A., and current and future lenders with respect to certain First Priority Secured Revolving Loans in the original principal amount of $200,000,000 | 4050, Exhibit K (Trial Exhibit) |
|---|---|---|
| 72. | Credit and Guaranty Agreement, dated as of March 23, 2004, among CalGen Generating Company, LLC, the guarantors a party thereto, Term Loan Administrative Agent, and current and future lenders with respect to certain Second Priority Secured Institutional Term Loans Due 2010 in the original principal amount of $100,000,000 | 4050, Exhibit M 3786, Exhibit B 3819, Exhibit B (Trial Exhibit) |
| 73. | Collateral Trust and Intercreditor Agreement (the "Collateral Trust Agreement") dated as of March 23, 2004, among Calpine Generating Company, LLC and CalGen Finance Corp., the guarantors party thereto from time to time, Wilmington Trust FSB, Morgan Stanley Senior Funding, Inc., The Bank of Nova Scotia, the Collateral Agent and each of the other persons party thereto from time to time | 4050, Exhibit N 3786, Exhibit C 3819, Exhibit C (Trial Exhibit) |
| 74. | Security Agreement dated as of March 23, 2004 among Calpine Generating Company LLC, the guarantors party thereto from time to time, and the Collateral Agent | 4050, Exhibit O (Trial Exhibit) |

## IV.    Other Docket Designations

| No. | Description | Docket Number |
|---|---|---|
| 75. | Affidavit of Eric N. Pryor Pursuant to Local Bankruptcy Rule 1007-2, filed December 21, 2005 | 2 |
| 76. | Motion for Order Authorizing Debtors to (I) Continue to Use Existing Cash Management System and Bank Accounts; (II) Continue Intercompany Transactions and Provide Administrative Priority Status to Postpetition Intercompany Claims; (III) Continue to Use Existing Checks and Business Forms and (IV) Continue to Use Existing Investment Practices, filed December 21, 2005 | 11 |

77.    Emergency Motion for (I) Interim Orders (A) Authorizing    18
       the Debtors to (1) Obtain Postpetition Secured Financing
       Pursuant to 11 U.S.C. Sections 105, 361, 362, 364(c)(1),
       364(c)(2), 364(c)(3) and 364(e), (2) Utilize Cash Collateral
       Pursuant to 11 U.S.C. Section 363, and (3) Provide
       Adequate Protection to Certain Prepetition Lenders
       Pursuant to 11 U.S.C. Sections 361, 362 and 363 and (B)
       Scheduling Final Hearing Pursuant to Fed. R. Bankr. P.
       4001(b) and (c) and (II) Final Orders (A) Authorizing
       Debtors to (1) Obtain Postpetition Secured Financing
       Pursuant to 11 U.S.C. Sections 105, 361, 362, 364(c)(1),
       364(c)(2), 364(c)(3) and 364(e), (2) Utilize Cash Collateral
       Pursuant to 11 U.S.C. Section 363, (3) Provide Adequate
       Protection to Certain Prepetition Lenders Pursuant to 11
       U.S.C. Sections 361, 362 and 363, (3) Assume the Geysers
       Agreement Pursuant to 11 U.S.C. Section 365(a) and
       Consummate the Transactions Contemplated Thereby
       Pursuant to Section 363(b) and (4) Assume the Agnews
       Lease Documents Pursuant to 11 U.S.C. Section 365(a)
       filed by Matthew Allen Cantor on behalf of Calpine
       Corporation, filed December 21, 2005

78.    Interim Order signed on 12/21/2005 (I) Authorizing    38
       Debtors to Obtain Post-Petition Financing Pursuant to 11
       U.S.C. Sections 105, 361, 362, 364(c)(1), 364(c)(2),
       364(c)(3), And 364(e) And (II) Scheduling Final Hearing
       Pursuant to Bankruptcy Rules 4001(B) and (C) (related
       document(s)18). with hearing to be held on 1/25/2006 at
       10:00 AM at Courtroom 623 (BRL), filed December 21,
       2005

79.    Final Order Authorizing Debtors to (I) Continue to Use    629
       Existing Cash Management System and Bank Accounts;
       (II) Continue Intercompany Transactions and Provide
       Administrative Priority Status to Postpetition Intercompany
       Claims; (III) Continue to Use Existing Checks and
       Business Forms and (IV) Continue to Use Existing
       Investment Practices, filed January 26, 2006

80.    Final Order Authorizing Debtors to Obtain Post-Petition    635
       Financing Pursuant to 11 U.S.C. Sections 105, 361, 362,
       364(c)(1), 364(c)(2), 364(c)(3), and 364, filed January 26,
       2006

81.    Final Order Authorizing Debtors to Obtain Post-Petition    864
       Financing Pursuant to 11 U.S.C. Sections 105, 361, 362,
       364(c)(1), 364(c)(2), 364(c)(3), and 364(e), signed
       February 22, 2006

| 82. | Amended Final Order signed on 2/23/2006 Authorizing Use of Cash Collateral and Granting Adequate Protection (related document(s)864), filed February 23, 2006 | 876 |
| --- | --- | --- |
| 83. | Second Amended Order Authorizing Use of Cash Collateral and Granting Adequate Protection, filed February 24, 2006 | 881 |
| 84. | Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 3003(c)(3) Establishing Deadline for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof, filed April 14, 2006 | 1256 |
| 85. | Affidavit of Service Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 3003(c)(3) Establishing Deadline for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof, filed April 20, 2006 | 1289 |
| 86. | Order Setting Last Day to File Claims and Approving the Form and Manner of Notice Thereof, dated April 26, 2006 | 1348 |
| 87. | Order Authorizing Repayment of Principal of First Lien Debt, entered on May 10, 2006 | 1542 |
| 88. | Transcript of Hearing Held on May 10, 2006 re: Debtor's Motion to Pay First Lien Debt, entered on 5/10/06 | 1725 |
| 89. | Notice of Presentment of Stipulation And Order Relating To Certain Debt Claims, filed June 28, 2006 | 2062 |
| 90. | Affidavit of Service of Notice of Presentment of Stipulation And Order Relating To Certain Debt Claims, filed July 3, 2006 | 2107 |
| 91. | So Ordered Stipulation Relating To Certain Debt Claims, signed July 11, 2006 | 2193 |
| 92. | So Ordered Stipulation Allowing (I) Wilmington Trust FSB, as Indenture Trustee, (II) HSBC Bank USA, National Association, as Successor Indenture Trustee, (III) Manufacturers Traders & Trust Company, as Successor Indenture Trustee, and (IV) Wilmington Trust Company, as Collateral Agent, to File a Master Proof of Claim Under One Case Number, On Behalf of Themselves and The Holders of Certain CalGen Notes, dated July 27, 2006 | 2352 |

| | | |
|---|---|---|
| 93. | Affidavit of Service of Stipulation Allowing (I) Wilmington Trust FSB, as Indenture Trustee, (II) HSBC Bank USA, National Association, as Successor Indenture Trustee, (III) Manufacturers Traders & Trust Company, as Successor Indenture Trustee, and (IV) Wilmington Trust Company, as Collateral Agent, to File a Master Proof of Claim Under One Case Number, On Behalf of Themselves and The Holders of Certain CalGen Notes, filed August 1, 2006 | 2397 |
| 94. | Motion to Amend /Debtors' Motion to Modify Cash Collateral Order to Effect Project Intercompany Loan Transfers (related document(s)2215, 3079, 881, 2954, 1966) filed by Edward Sassower on behalf of Calpine Corporation. with hearing to be held on 12/20/2006 at 10:00 AM at Courtroom 623 (BRL) Responses due by 12/15/2006, filed December 8, 2006 | 3237 |
| 95. | Agreed Order Modifying Cash Collateral Order to Effect Project Intercompany Loan Transfers filed December 20, 2006 | 3314 |
| 96. | Order Modifying Cash Collateral Order to Pay Adequate Protection, filed December 28, 2006 | 3341 |
| 97. | Amended Order Modifying Cash Collateral Order to Pay Adequate Protection, filed January 12, 2007 | 3397 |
| 98. | Calpine Corporation's January 2007 Report On Status Of Reorganization, filed January 16, 2007 | 3406 |
| 99. | Amended Agreed Order Modifying Cash Collateral Order to Effect Project Intercompany Loan Transfers, filed January 18, 2007 | 3423 |
| 100. | Debtors' Seventh Omnibus Objection to Proofs of Claim (Equity Interest Claims, Beneficial Noteholder Claims, Insufficient Support Claims, Amended/Replaced Claims, Duplicative Claims and CalGen No Basis Claims) filed January 26, 2007 | 3480 |
| 101. | Motion for Objection to Claim(s) *This Administrative Entry Was Entered to Reflect The Accurate Docket Event Code, Re: Document No.: 3481* filed by Clerk's Office of the U.S. Bankruptcy Court, filed March 12, 2007 | |

102.    Motion to Borrow *(This Administrative Entry Was Entered to Reflect The Accurate Docket Event Code. In Re: Document 3481)* filed by Clerk of Court, United States Bankruptcy Court, SDNY, filed March 12, 2007

103.    Motion to File Under Seal /Debtors' Ex Parte Motion for Entry of an Order Authorizing Debtors to (I) File Under Seal Exhibit to Refinancing Motion, and (II) Limit Notice Thereof (related document(s) 3481) filed by Edward Sassower on behalf of Calpine Corporation, filed January 29, 2007    3492

104.    Ex Parte Order signed on 1/29/2007 Authorizing Debtors to (I) File Under Seal the Exhibit to Refinancing Motion and (II) Limit Notice Thereof (Related Doc # 3492) , filed January 29, 2007    3494

105.    Affidavit of Service of Luis N. Valdivia for (1) Notice of Filing of Proposed Form of Second Amended Final Order Authorizing Retention of Miller Buckfire & Co., LLC as Financial Advisors and Investment Bankers for the Debtors; and (2) Notice of Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims February 1, 2007    3537

106.    Order (i) Authorizing Free and Clear of all Liens, Claims, Encumbrances and Other Interests (A) The Transfer By Calpine Corporation To Goldendale Energy Center, LLC Of Certain Assets Relating To The Goldendale Project, (B) The Contribution Of Substantially All Of The Assets Of Goldendale Energy Center LLC To A Newly Formed Limited Liability Company, (C) The Sale Of All Of The Membership Interests In The Newly Formed Limited Liability Company To Puget Sound Energy, Inc., (D) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases In Connection Therewith; And (ii) Granting Related Relief, signed February 7, 2006    3606

107.    So Ordered Stipulation signed on 2/13/2007 by and Among Calpine Generating Company, LLC, Morgan Stanley Senior Funding, Inc. and Wilmington Trust Company Authorizing the Substitution of Administrative Agent, entered February 13, 2007    3657

| 108. | So Ordered Stipulation signed on 2/13/2007 by and Among Calpine Generating Company, LLC, Morgan Stanley Senior Funding, Inc. and the Bank of New York Authorizing the Substitution of Administrative Agent, entered February 13, 2007 | 3658 |
|---|---|---|
| 109. | Notice of Hearing on Cross-Motion of HSBC Bank USA, National Association, as Indenture Trustee, for Allowance of Indenture Trustee Claim filed February 16, 2007 | 3693 |
| 110. | Notice of Hearing on Cross-Motion of the Bank of New York, as Administrative Agent, for Allowance of Administrative Agent's Claim, filed February 16, 2007 | 3696 |
| 111. | Order signed on 2/20/2007 Granting Exparte Motion of Unofficial Committee of Second Lien Debtholders to file Under Seal Portions of Objection of Unofficial Committee of Second Lien Debtholders to Debtors' Motion for Order (i) Authorizing Debtors to Obtain Replacement Postpetition Financing to (a) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (ii) Allowing Debtors' Limited Objection to Claims; and (iii) Determining Value of Secured Claims | 3725 |
| 112. | Order signed on 2/21/2007 Authorizing Manufacturers & Traders Trust Company to File a Redacted Version of the Affidavit of Christopher J. Kearns in Support of Manufacturers & Traders Trust Company's (A) Objection to Debtors' Motion for Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (i) Refinance Existing Postpetition Financing and (ii) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims and (B) Response to Debtors' Seventh Omnibus Objection to Proofs of Claim filed February 21, 2007 | 3744 |
| 113. | Statement /Debtors' Supplemental Memorandum in Further Support of Debtors' Motion for Order Amending Retention Order of Miller Buckfire & Co., LLC to Include Additional Necessary Financial Advisory and Investment Banking Services (related document(s) 3437) filed by Edward Sassower on behalf of Calpine Corporation. with hearing to be held on 3/7/2007 (check with court for location) (Attachments: # 1 Exhibit A: Proposed Second Amended Final Order# 2 Exhibit B: Blackline), filed February 22, 2007 | 3752 |

| 114. | Notice of Hearing /*Notice of Agenda of Matters Scheduled for Hearing on February 27, 2007 at 10:00 A.M. (ET)* filed by Edward Sassower on behalf of Calpine Corporation, with hearing to be held on 2/27/2007 at 10:00 AM at Courtroom 623 (BRL), filed February 26, 2007 | 3773 |
| --- | --- | --- |
| 115. | Amended Notice of Hearing /Notice of Amended Agenda of Matters Scheduled for Hearing on February 27, 2007 at 10:00 A.M. (ET) (related document(s) 3773) filed by Edward Sassower on behalf of Calpine Corporation. with hearing to be held on 2/27/2007 at 10:00 AM at Courtroom 623 (BRL), filed February 26, 2007 | 3785 |
| 116. | Stipulation *Regarding Objection of Second Lien Committee* (related document(s) 3707, 3481) filed by Edward Sassower on behalf of Calpine Corporation, filed February 27, 2007 | 3788 |
| 117. | Notice of Filing of Blackline Version of Order (I) Granting Debtors Limited Objection to Claim Numbers 2664, 3275, 3393 through 3421 (Inclusive), 3546 through 3554 (Inclusive), 3586 through 3588 (Inclusive), 3731, 4073, 5653 through 5730 (Inclusive), 5791, and 5792; (II) Determining the Value of the CalGen Secured Debt Pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure; and (III) Authorizing Repayment of CalGen Secured Debt, filed February 27, 2007 | 3789 |
| 118. | Notice of Filing of Redline Version of Order Authorizing Debtors to Obtain Post-Petition Financing Pursuant to 11 U.S.C. Sec. 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d) and 364(e), filed February 27, 2007 | 3790 |
| 119. | Matrix /*Notice of Filing of Redline Version of Debtor-in-Possession Credit Agreement* filed by Edward Sassower on behalf of Calpine Corporation, filed February 27, 2007 | 3791 |
| 120. | Notice of Debtor's Seventh Omnibus Objection of Proofs of Claim (Equity Interest Claims, Beneficial Noteholder Claims, Insufficient Support Claims, Amended/Replaced Claims, Duplicative Claims, and CalGen No Basis Claims) filed on February 20, 2007 | 3911 |

| 121. | Order Granting The Ex Parte Motion Of (i) Wilmington Trust Company As Administrative Agent; And, (ii) Wilmington Trust FSB As Indenture Trustee Pursuant To 11 U.S.C. Section 107(b) And Bankruptcy Rule 9018 For Authorization To File Under Seal The Emergency Motion Of Wilmington Trust Company As Administrative Agent And Wilmington Trust FSB As Indenture Trustee To Compel Production Or, In The Alternative, To Preclude Entry Of Evidence And For A Continuance Of The Hearing Scheduled For February 26, 2007, signed March 7, 2007 | 3912 |

| 122. | Order Granting The Ex Parte Motion Of (I) Wilmington Trust Company As Collateral Agent; (II) Wilmington Trust Company As Administrative Agent; And, (III) Wilmington Trust FSB As Indenture Trustee Pursuant To 11 U.S.C. Section 107(b) And Bankruptcy Rule 9018 For Authorization To File Under Seal The Affidavits Of Anders Maxwell And Stephen Darr In Support Of (I) Wilmington Trust Company As Collateral Agent; (II) Wilmington Trust Company As Administrative Agent; And, (III) Wilmington Trust FSB As Indenture Trustee's Individual Objections To The Debtors' Motion For Order (I) Authorizing Debtors To Obtain Replacement Postpetition Financing To (i) Refinance Existing Postpetition Financing And (ii) Repay Prepetition Debtor; (II) Allowing Debtors' Limited Objection To Claims; And (iii) Determining Value Of Secured Claims, signed March 7, 2007 | 3913 |

## V.    CalGen Petitions, Schedules, and SOFAs

| No. | Description | Case No. | Docket No. |
| --- | --- | --- | --- |
| 123. | Voluntary Petition filed by Calpine Freestone Energy GP, LLC. on December 21, 2005 | 05-60227 | 1 |
| 124. | Schedules of Assets and Liabilities filed by Calpine Freestone Energy GP, LLC. on April 16, 2006 | 05-60227 | 3 |
| 125. | Statement of Financial Affairs filed by Calpine Freestone Energy GP, LLC. on April 18, 2006 | 05-60227 | 4 |
| 126. | Voluntary Petition filed by Calgen Finance Corp. on December 21, 2005 | 05-60229 | 1 |

| 127. | Schedules of Assets and Liabilities filed by Calgen Finance Corp. on April 16, 2006 | 05-60229 | 3 |
| 128. | Statement of Financial Affairs filed by Calgen Finance Corp. on April 18, 2006 | 05-60229 | 4 |
| 129. | Voluntary Petition filed by Calpine Freestone Energy LP. on December 21, 2005 | 05-60230 | 1 |
| 130. | Schedules of Assets and Liabilities filed by Calpine Freestone Energy LP. on April 18, 2006 | 05-60230 | 3 |
| 131. | Statement of Financial Affairs filed by Calpine Freestone Energy LP. on April 18, 2006 | 05-60230 | 4 |
| 132. | Voluntary Petition filed by Calpine Freestone, LLC. on December 21, 2005 | 05-60231 | 1 |
| 133. | Schedules of Assets and Liabilities filed by Calpine Freestone, LLC. on April 18, 2006 | 05-60231 | 3 |
| 134. | Statement of Financial Affairs filed by Calpine Freestone, LLC. on April 18, 2006 | 05-60231 | 4 |
| 135. | Voluntary Petition filed by Calgen Project Equipment Finance Company One, LLC. on December 21, 2005 | 05-60236 | 1 |
| 136. | Statement of Financial Affairs filed by Calgen Project Equipment Finance Company One, LLC. on April 18, 2006 | 05-60236 | 3 |
| 137. | Statement of Financial Affairs filed by Calgen Project Equipment Finance Company One, LLC. on April 18, 2006 | 05-60236 | 4 |
| 138. | Schedules of Assets and Liabilities filed by Calgen Project Equipment Finance Company One, LLC. on April 19, 2006 | 05-60236 | 5 |
| 139. | Voluntary Petition filed by Calpine Generating Company, LLC. on December 21, 2005 | 05-60237 | 1 |
| 140. | Schedules of Assets and Liabilities filed by Calpine Generating Company, LLC. on April 18, 2006 | 05-60237 | 3 |

| | | | |
|---|---|---|---|
| 141. | Statement of Financial Affairs filed by Calpine Generating Company, LLC. on April 18, 2006 | 05-60237 | 4 |
| 142. | Voluntary Petition filed by Calpine Corpus Christi Energy GP, LLC. on December 21, 2005 | 05-60247 | 1 |
| 143. | Schedules of Assets and Liabilities filed by Calpine Corpus Christi Energy GP, LLC. on April 16, 2006 | 05-60247 | 3 |
| 144. | Statement of Financial Affairs filed by Calpine Corpus Christi Energy GP, LLC. on April 17, 2006 | 05-60247 | 4 |
| 145. | Voluntary Petition filed by Calgen Equipment Finance Company, LLC. on December 21, 2005 | 05-60249 | 1 |
| 146. | Statement of Financial Affairs filed by Calgen Equipment Finance Company, LLC. on April 17, 2006 | 05-60249 | 3 |
| 147. | Schedules of Assets and Liabilities filed by Calgen Equipment Finance Company, LLC. on April 18, 2006 | 05-60249 | 4 |
| 148. | Voluntary Petition filed by Calgen Equipment Finance Holdings, LLC. on December 21, 2005 | 05-60251 | 1 |
| 149. | Statement of Financial Affairs filed by Calgen Equipment Finance Holdings, LLC. on April 17, 2006 | 05-60251 | 3 |
| 150. | Schedules of Assets and Liabilities filed by Calgen Equipment Finance Holdings, LLC. on April 18, 2006 | 05-60251 | 4 |
| 151. | Voluntary Petition filed by Calgen Expansion Company, LLC. on December 21, 2005 | 05-60253 | 1 |
| 152. | Schedules of Assets and Liabilities filed by Calgen Expansion Company, LLC. on April 16, 2006 | 05-60253 | 3 |
| 153. | Statement of Financial Affairs filed by Calgen Expansion Company, LLC. on April 17, 2006 | 05-60253 | 4 |

| 154. | Voluntary Petition filed by Baytown Energy Center, LP. on December 21, 2005 | 05-60255 | 1 |
| 155. | Schedules of Assets and Liabilities filed by Baytown Energy Center, LP. on April 17, 2006 | 05-60255 | 3 |
| 156. | Statement of Financial Affairs filed by Baytown Energy Center, LP on April 17, 2006 | 05-60255 | 4 |
| 157. | Voluntary Petition filed by Baytown Power GP, LLC. on December 21, 2005 | 05-60256 | 1 |
| 158. | Schedules of Assets and Liabilities filed by Baytown Power GP, LLC. on April 17, 2006 | 05-60256 | 3 |
| 159. | Statement of Financial Affairs filed by Baytown Power GP, LLC on April 17, 2006 | 05-60256 | 4 |
| 160. | Voluntary Petition filed by Baytown Power, LP. on December 21, 2005 | 05-60258 | 1 |
| 161. | Statement of Financial Affairs filed by Baytown Power, LP. on April 17, 2006 | 05-60258 | 3 |
| 162. | Schedules of Assets and Liabilities filed by Baytown Power, LP on April 18, 2006 | 05-60258 | 4 |
| 163. | Voluntary Petition filed by Calgen Project Equipment Finance Company Three, LLC. on December 21, 2005 | 05-60259 | 1 |
| 164. | Schedules of Assets and Liabilities filed by Calgen Project Equipment Finance Company Three, LLC. on April 16, 2006 | 05-60259 | 3 |
| 165. | Statement of Financial Affairs filed by Calgen Project Equipment Finance Company Three, LLC. on April 17, 2006 | 05-60259 | 4 |
| 166. | Voluntary Petition filed by Calpine Corpus Christi Energy LP. on December 21, 2005 | 05-60261 | 1 |
| 167. | Statement of Financial Affairs filed by Calpine Corpus Christi Energy LP. on April 17, 2006 | 05-60261 | 3 |

| 168. | Schedules of Assets and Liabilities filed by Calpine Corpus Christi Energy LP. on April 18, 2006 | 05-60261 | 4 |
| 169. | Voluntary Petition filed by Calgen Project Equipment Finance Company Two, LLC. on December 21, 2005 | 05-60262 | 1 |
| 170. | Statement of Financial Affairs filed by Calgen Project Equipment Finance Company Two, LLC. on April 17, 2006 | 05-60262 | 3 |
| 171. | Schedules of Assets and Liabilities filed by Calgen Project Equipment Finance Company Two, LLC. on April 18, 2006 | 05-60262 | 4 |
| 172. | Voluntary Petition filed by Channel Energy Center, LP. on December 21, 2005 | 05-60275 | 1 |
| 173. | Statement of Financial Affairs filed by Channel Energy Center, LP. on April 17, 2006 | 05-60275 | 3 |
| 174. | Schedules of Assets and Liabilities filed by Channel Energy Center, LP. on April 18, 2006 | 05-60275 | 4 |
| 175. | Voluntary Petition filed by Channel Power GP, LLC. on December 21, 2005 | 05-60276 | 1 |
| 176. | Schedules of Assets and Liabilities filed by Channel Power GP, LLC. on April 16, 2006 | 05-60276 | 3 |
| 177. | Statement of Financial Affairs filed by Channel Power GP, LLC. on April 17, 2006 | 05-60276 | 4 |
| 178. | Voluntary Petition filed by Channel Power, LP. on December 21, 2005 | 05-60277 | 1 |
| 179. | Schedules of Assets and Liabilities filed by Channel Power, LP. on April 16, 2006 | 05-60277 | 3 |
| 180. | Statement of Financial Affairs filed by Channel Power, LP. on April 17, 2006 | 05-60277 | 4 |
| 181. | Voluntary Petition filed by CPN Freestone, LLC. on December 21, 2005 | 05-60293 | 1 |

| | | | |
|---|---|---|---|
| 182. | Schedules of Assets and Liabilities filed by CPN Freestone, LLC. on April 18, 2006 | 05-60293 | 3 |
| 183. | Statement of Financial Affairs filed by CPN Freestone, LLC. on April 18, 2006 | 05-60293 | 4 |
| 184. | Voluntary Petition filed by Calpine Pastoria Holdings, LLC. on December 21, 2005 | 05-60302 | 1 |
| 185. | Schedules of Assets and Liabilities filed by Calpine Pastoria Holdings, LLC. on April 16, 2006 | 05-60302 | 3 |
| 186. | Statement of Financial Affairs filed by Calpine Pastoria Holdings, LLC. on April 18, 2006 | 05-60302 | 4 |
| 187. | Voluntary Petition filed by Calpine Northbrook Southcoast Investors, LLC. on December 21, 2005 | 05-60304 | 1 |
| 188. | Schedules of Assets and Liabilities filed by Calpine Northbrook Southcoast Investors, LLC. on April 16, 2006 | 05-60304 | 3 |
| 189. | Statement of Financial Affairs filed by Calpine Northbrook Southcoast Investors, LLC. on April 18, 2006 | 05-60304 | 4 |
| 190. | Voluntary Petition filed by Calpine Power Equipment, LP. on December 21, 2005 | 05-60310 | 1 |
| 191. | Schedules of Assets and Liabilities filed by Calpine Power Equipment, LP. on April 18, 2006 | 05-60310 | 3 |
| 192. | Statement of Financial Affairs filed by Calpine Power Equipment, LP. on April 18, 2006 | 05-60310 | 4 |
| 193. | Voluntary Petition filed by Calpine Oneta Power I, LLC. on December 21, 2005 | 05-60311 | 1 |
| 194. | Schedules of Assets and Liabilities filed by Calpine Oneta Power I, LLC. on April 18, 2006 | 05-60311 | 3 |

| 195. | Statement of Financial Affairs filed by Calpine Oneta Power I, LLC. on April 18, 2006 | 05-60311 | 4 |
| 196. | Voluntary Petition filed by Decatur Energy Center, LLC. on December 21, 2005 | 05-60313 | 1 |
| 197. | Statement of Financial Affairs filed by Decatur Energy Center, LLC. on April 17, 2006 | 05-60313 | 3 |
| 198. | Schedules of Assets and Liabilities filed by Decatur Energy Center, LLC. on April 18, 2006 | 05-60313 | 4 |
| 199. | Voluntary Petition filed by Calpine Oneta Power II, LLC. on December 21, 2005 | 05-60315 | 1 |
| 200. | Schedules of Assets and Liabilities filed by Calpine Oneta Power II, LLC. on April 16, 2006 | 05-60315 | 3 |
| 201. | Statement of Financial Affairs filed by Calpine Oneta Power II, LLC. on April 18, 2006 | 05-60315 | 4 |
| 202. | Voluntary Petition filed by Calpine Oneta Power, LP. on December 21, 2005 | 05-60318 | 1 |
| 203. | Schedules of Assets and Liabilities filed by Calpine Oneta Power, LP. on April 18, 2006 | 05-60318 | 3 |
| 204. | Statement of Financial Affairs filed by Calpine Oneta Power, LP. on April 18, 2006 | 05-60318 | 4 |
| 205. | Voluntary Petition filed by Calpine Baytown Energy Center LP, LLC. on December 21, 2005 | 05-60320 | 1 |
| 206. | Schedules of Assets and Liabilities filed by Calpine Baytown Energy Center LP, LLC. on April 16, 2006 | 05-60320 | 3 |
| 207. | Statement of Financial Affairs filed by Calpine Baytown Energy Center LP, LLC. on April 18, 2006 | 05-60320 | 4 |
| 208. | Voluntary Petition filed by Freestone Power Generation, LP. on December 21, 2005 | 05-60339 | 1 |

| 209. | Schedules of Assets and Liabilities filed by Freestone Power Generation, LP. on April 18, 2006 | 05-60339 | 3 |
| 210. | Statement of Financial Affairs filed by Freestone Power Generation, LP. on April 18, 2006 | 05-60339 | 4 |
| 211. | Voluntary Petition filed by Calpine Channel Energy Center GP, LLC. on December 21, 2005 | 05-60340 | 1 |
| 212. | Schedules of Assets and Liabilities filed by Calpine Channel Energy Center GP, LLC. on April 16, 2006 | 05-60340 | 3 |
| 213. | Statement of Financial Affairs filed by Calpine Channel Energy Center GP, LLC. on April 18, 2006 | 05-60340 | 4 |
| 214. | Voluntary Petition filed by Calpine Channel Energy Center LP, LLC. on December 21, 2005 | 05-60343 | 1 |
| 215. | Schedules of Assets and Liabilities filed by Calpine Channel Energy Center LP, LLC. on April 19, 2006 | 05-60343 | 3 |
| 216. | Statement of Financial Affairs filed by Calpine Channel Energy Center LP, LLC. on April 19, 2006 | 05-60343 | 4 |
| 217. | Voluntary Petition filed by Calpine Calgen Holdings, Inc. on December 21, 2005 | 05-60352 | 1 |
| 218. | Statement of Financial Affairs filed by Calpine Calgen Holdings, Inc. on April 19, 2006 | 05-60352 | 3 |
| 219. | Schedules of Assets and Liabilities filed by Calpine Calgen Holdings, Inc. on April 19, 2006 | 05-60352 | 4 |
| 220. | Voluntary Petition filed by Morgan Energy Center, LLC. on December 21, 2005 | 05-60353 | 1 |
| 221. | Schedules of Assets and Liabilities filed by Morgan Energy Center, LLC. on April 19, 2006 | 05-60353 | 3 |

| 222. | Statement of Financial Affairs filed by Morgan Energy Center, LLC. on April 19, 2006 | 05-60353 | 4 |
| 223. | Voluntary Petition filed by Nueces Bay Energy, LLC. on December 21, 2005 | 05-60356 | 1 |
| 224. | Schedules of Assets and Liabilities filed by Nueces Bay Energy, LLC. on April 19, 2006 | 05-60356 | 3 |
| 225. | Statement of Financial Affairs filed by Nueces Bay Energy, LLC. on April 19, 2006 | 05-60356 | 4 |
| 226. | Voluntary Petition filed by Delta Energy Center, LLC. on December 21, 2005 | 05-60375 | 1 |
| 227. | Schedules of Assets and Liabilities filed by Delta Energy Center, LLC. on April 18, 2006 | 05-60375 | 3 |
| 228. | Statement of Financial Affairs filed by Delta Energy Center, LLC. on April 19, 2006 | 05-60375 | 4 |
| 229. | Voluntary Petition filed by Zion Energy, LLC. on December 21, 2005 | 05-60380 | 1 |
| 230. | Statement of Financial Affairs filed by Zion Energy, LLC. on April 19, 2006 | 05-60380 | 3 |
| 231. | Schedules of Assets and Liabilities filed by Zion Energy, LLC. on April 19, 2006 | 05-60380 | 4 |
| 232. | Voluntary Petition filed by Los Medanos Energy Center, LLC. on December 21, 2005 | 05-60405 | 1 |
| 233. | Statement of Financial Affairs filed by Los Medanos Energy Center, LLC. on April 19, 2006 | 05-60405 | 3 |
| 234. | Schedules of Assets and Liabilities filed by Los Medanos Energy Center, LLC. on April 19, 2006 | 05-60405 | 4 |
| 235. | Voluntary Petition filed by Pastoria Energy Facility, LLC. on December 21, 2005 | 05-60410 | 1 |
| 236. | Statement of Financial Affairs filed by Pastoria Energy Facility, LLC. on April 19, 2006 | 05-60410 | 3 |

| 237. | Schedules of Assets and Liabilities filed by Pastoria Energy Facility, LLC. on April 19, 2006 | 05-60410 | 4 |
| 238. | Voluntary Petition filed by Columbia Energy, LLC. on December 21, 2005 | 05-60440 | 1 |
| 239. | Schedules of Assets and Liabilities filed by Columbia Energy, LLC. on April 18, 2006 | 05-60440 | 3 |
| 240. | Statement of Financial Affairs filed by Columbia Energy, LLC. on April 18, 2006 | 05-60440 | 4 |
| 241. | Voluntary Petition filed by Corpus Christi Cogeneration, LP. on December 21, 2005 | 05-60441 | 1 |
| 242. | Schedules of Assets and Liabilities filed by Corpus Christi Cogeneration, LP. on April 18, 2006 | 05-60441 | 3 |
| 243. | Statement of Financial Affairs filed by Corpus Christi Cogeneration, LP. on April 18, 2006 | 05-60441 | 4 |
| 244. | Voluntary Petition filed by Calpine Baytown Energy Center GP, LLC. on December 21, 2005 | 05-60453 | 1 |
| 245. | Schedules of Assets and Liabilities filed by Calpine Baytown Energy Center GP, LLC. on April 18, 2006 | 05-60453 | 3 |
| 246. | Statement of Financial Affairs filed by Calpine Baytown Energy Center GP, LLC. on April 18, 2006 | 05-60453 | 4 |
| 247. | Voluntary Petition filed by Carville Energy, LLC. on December 21, 2005 | 05-60460 | 1 |
| 248. | Schedules of Assets and Liabilities filed by Carville Energy, LLC. on April 18, 2006 | 05-60460 | 3 |
| 249. | Statement of Financial Affairs filed by Carville Energy, LLC. on April 18, 2006 | 05-60460 | 4 |

## VI. Proofs of Claim

| No. | Description | Claim No. |
| --- | --- | --- |

| | | |
|---|---|---|
| 250. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Oneta Power II, LLC | 3275 |
| 251. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against CPN Freestone, LLC | 3372 |
| 252. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Freestone Power Generation LP | 3393 |
| 253. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Northbrook Southcoast Investors, LLC | 3394 |
| 254. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Delta Energy Center, LLC | 3395 |
| 255. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Generating Company, LLC | 3396 |
| 256. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Decatur Energy Center, LLC | 3397 |
| 257. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Freestone, LLC | 3398 |
| 258. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against CPN Freestone, LLC | 3399 |
| 259. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Freestone Energy, LP | 3400 |
| 260. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Corpus Christi Cogeneration, LP | 3401 |
| 261. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Freestone Energy GP, LLC | 3402 |
| 262. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Columbia Energy, LLC | 3403 |
| 263. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Corpus Christi Energy LP | 3404 |
| 264. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Corpus Christi Energy GP, LLC | 3405 |

| 265. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Channel Power LP | 3406 |
|------|-------------------------------------------------------------------------------------------|------|
| 266. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Channel Energy Center LP, LLC | 3407 |
| 267. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Channel Power GP, LLC | 3408 |
| 268. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Channel Energy Center GP, LLC | 3409 |
| 269. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine CalGen Holdings, Inc. | 3410 |
| 270. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Channel Energy Center, LP | 3411 |
| 271. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Baytown Energy Center LP, LLC | 3412 |
| 272. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Carville Energy LLC | 3413 |
| 273. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Baytown Energy Center GP, LLC | 3414 |
| 274. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against CalGen Project Equipment Finance Company Two, LLC | 3415 |
| 275. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Power Equipment, LP | 3416 |
| 276. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against CalGen Project Equipment Finance Company Three, LLC | 3417 |
| 277. | Proof of Claim Wilmington Trust FSB as Indenture Trustee against CalGen Project Equipment Finance Company One, LLC | 3418 |
| 278. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against CalGen Finance Corp. | 3419 |

| 279. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against CalGen Expansion Company, LLC | 3420 |
| 280. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against CalGen Equipment Finance Holdings, LLC | 3421 |
| 281. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Morgan Energy Center, LLC | 3449 |
| 282. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Los Medanos Energy Center, LLC | 3450 |
| 283. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Freestone Power Generation LP | 3451 |
| 284. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Delta Energy Center, LLC | 3452 |
| 285. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Decatur Energy Center, LLC | 3453 |
| 286. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against CPN Freestone, LLC | 3454 |
| 287. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Corpus Christi Cogeneration, LP | 3455 |
| 288. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Columbia Energy LLC | 3456 |
| 289. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Channel Power, LP | 3457 |
| 290. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Channel Power GP, LLC | 3458 |
| 291. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Channel Energy Center, LP | 3459 |
| 292. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Carville Energy LLC | 3460 |
| 293. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Power Equipment LP | 3461 |
| 294. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Pastoria Holdings, LLC | 3462 |

| | | |
|---|---|---|
| 295. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Oneta Power, LP | 3463 |
| 296. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Oneta Power II, LLC | 3464 |
| 297. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Oneta Power I, LLC | 3465 |
| 298. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Freestone Energy, LP | 3466 |
| 299. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Freestone Energy GP, LLC | 3467 |
| 300. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Corpus Christi Energy, LP | 3468 |
| 301. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Corpus Christi Energy GP, LLC | 3469 |
| 302. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Channel Energy Center LP, LLC | 3470 |
| 303. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Channel Energy Center GP, LLC | 3471 |
| 304. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Calgen Holdings, Inc. | 3472 |
| 305. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Baytown Energy Center LP, LLC | 3473 |
| 306. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Baytown Energy Center GP, LLC | 3474 |
| 307. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calgen Project Equipment Finance Company Two, LLC | 3475 |

- 45 -

| 308. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calgen Project Equipment Finance Company Three, LLC | 3476 |
| 309. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calgen Project Equipment Finance Company One, LLC | 3477 |
| 310. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calgen Finance Corp. | 3478 |
| 311. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calgen Expansion Company, LLC | 3479 |
| 312. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calgen Equipment Finance Holdings, LLC | 3480 |
| 313. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calgen Equipment Finance Company, LLC | 3481 |
| 314. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Baytown Power, LP | 3482 |
| 315. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Baytown Power GP, LLC | 3483 |
| 316. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Baytown Energy Center, LP | 3484 |
| 317. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Zion Energy LLC | 3485 |
| 318. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Pastoria Energy Facility LLC | 3486 |
| 319. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Nueces Bay Energy LLC | 3487 |
| 320. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calgen Finance Corp. | 3517 |
| 321. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Zion Energy LLC | 3546 |
| 322. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Pastoria Energy Facility, LLC | 3547 |

| 323. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Nueces Bay Energy, LLC | 3548 |
| 324. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Morgan Energy Center, LLC | 3549 |
| 325. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Los Medanos Energy Center, LLC | 3550 |
| 326. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Oneta Power I, LLC | 3551 |
| 327. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Baytown Power, LP | 3552 |
| 328. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Baytown Power GP, LLC | 3553 |
| 329. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Baytown Energy Center, LP | 3554 |
| 330. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Northbrook Southcoast Investors, LLC | 3555 |
| 331. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Freestone, LLC | 3557 |
| 332. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Pastoria Holdings, LLC | 3586 |
| 333. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against Calpine Oneta Power, LP | 3587 |
| 334. | Proof of Claim filed by Wilmington Trust FSB as Indenture Trustee against CalGen Equipment Finance Company, LLC | 3588 |
| 335. | Proof of Claim filed by HSBC Bank USA, National Association on July 28, 2006. | 3731 |
| 336. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Generating Company, LLC | 4019 |
| 337. | Manufacturers & Traders Trust Company's Master Proof of Claim | 4073 |

| 338. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Pastoria Holdings, LLC | 5653 |
| 339. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Pastoria Energy Facility, LLC | 5654 |
| 340. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against CalGen Project Equipment Finance Company Two, LLC | 5655 |
| 341. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Delta Energy Center, LLC | 5656 |
| 342. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Columbia Energy LLC | 5657 |
| 343. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Baytown Power, LP | 5658 |
| 344. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Baytown Power GP, LLC | 5659 |
| 345. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Baytown Energy Center GP, LLC | 5660 |
| 346. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Baytown Energy Center LP, LLC | 5661 |
| 347. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Oneta Power, LP | 5662 |
| 348. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Oneta Power II, LLC | 5663 |
| 349. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Oneta Power I, LLC | 5664 |
| 350. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Decatur Energy Center, LLC | 5665 |
| 351. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Carville Energy LLC | 5666 |
| 352. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Morgan Energy Center, LLC | 5667 |

| 353. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Los Medanos Energy Center, LLC | 5668 |
| 354. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Zion Energy LLC | 5669 |
| 355. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Corpus Christi Cogeneration, LP | 5670 |
| 356. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Corpus Christi Energy, LP | 5671 |
| 357. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Corpus Christi Energy GP, LLC | 5672 |
| 358. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Northbrook Southcoast Investors, LLC | 5673 |
| 359. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Nueces Bay Energy, LLC | 5674 |
| 360. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against CalGen Equipment Finance Company, LLC | 5675 |
| 361. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against CalGen Project Equipment Finance Company Three, LLC | 5676 |
| 362. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against CalGen Project Equipment Finance Company One, LLC | 5677 |
| 363. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against CalGen Equipment Finance Holdings, LLC | 5678 |
| 364. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Channel Energy Center, LP | 5679 |
| 365. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Channel Power GP, LLC | 5680 |
| 366. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Channel Power LP | 5681 |

| 367. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Channel Energy Center GP, LLC | 5682 |
| 368. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Channel Energy Center LP, LLC | 5683 |
| 369. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Power Equipment, LP | 5684 |
| 370. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Freestone Energy GP, LLC | 5685 |
| 371. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Freestone Energy, LP | 5686 |
| 372. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Freestone Power Generation, LP | 5687 |
| 373. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Freestone, LLC | 5688 |
| 374. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against CPN Freestone, LLC | 5689 |
| 375. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against CalGen Expansion Company, LLC | 5690 |
| 376. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Calpine Generating Company, LLC | 5691 |
| 377. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5692 |
| 378. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5693 |
| 379. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5694 |
| 380. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5695 |
| 381. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5696 |
| 382. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5697 |

| 383. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5698 |
| 384. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5699 |
| 385. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5700 |
| 386. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5701 |
| 387. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5702 |
| 388. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5703 |
| 389. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5704 |
| 390. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5705 |
| 391. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5706 |
| 392. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5707 |
| 393. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5708 |
| 394. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5709 |
| 395. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5710 |
| 396. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5711 |
| 397. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5712 |
| 398. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5713 |
| 399. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5714 |

| 400. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5715 |
| 401. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5716 |
| 402. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5717 |
| 403. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5718 |
| 404. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5719 |
| 405. | Proof of Claim  filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5720 |
| 406. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5721 |
| 407. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5722 |
| 408. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5723 |
| 409. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5724 |
| 410. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5725 |
| 411. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5726 |
| 412. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5727 |
| 413. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5728 |
| 414. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5729 |
| 415. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5730 |
| 416. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. on August 1, 2006. | 5791 |

| 417. | Proof of Claim filed by Morgan Stanley Senior Funding Inc. as Agent against Baytown Energy Center, LP | 5792 |
| 418. | Proof of Claim filed by Wilmington Trust Company as Collateral Agent against Calpine Generating Company, LLC | 6129 |

DATED:    April 27, 2007
          New York, N.Y.

By: _/s/ David S. Elkind_____
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Mark I. Bane, Esq. (MB 4883)
Mark R. Somerstein, Esq. (MS 9721)
David S. Elkind, Esq. (DE 4054)

*Attorneys for HSBC Bank USA, National Association, as Indenture Trustee under the Second Priority Indenture and for The Bank of New York, as Administrative Agent under the Second Priority Credit and Guarantee Agreement with respect to certain Second Priority Secured Institutional Term Loans*

By: _/s/ Stephen E. Hessler_____
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Richard M. Cieri, Esq. (RC 6062)
Mark Kieselstein, Esq. (admitted pro hac vice)
David Seligman, Esq. (admitted pro hac vice)
Edward O. Sassower, Esq. (ES 5823)
Jeffrey S. Powell, Esq. (admitted pro hac vice)
Stephen E. Hessler, Esq. (admitted pro hac vice)

*Attorneys for Debtors Calpine Generating Company, LLC, CalGen Finance Corp., Calpine Corporation, and Each of their Debtor Subsidiaries and Affiliates Listed in Exhibit 1*

10527606.3

By: /s/ Christopher M. Desiderio
NIXON PEABODY LLP
437 Madison Avenue
New York, NY  10022
Telephone:  (212) 940-3000
Facsimile:  (212) 940-3111
Chris Desiderio, Esq. (CD 6929)
Richard C. Pedone, Esq. (admitted pro hac vice)
Amanda D. Darwin, Esq. (AD 2719)

*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, Wilmington Trust Company, as Collateral Agent,  and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans*

By: /s/ Penny P. Reid
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

By: /s/ Robert A. Johnson
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY  10022
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002
Fred S. Hodara, Esq. (FH 7947)
Michael S. Stamer, Esq. (MS 4900)
Philip Dublin, Esq. (PD 4919)
Robert A. Johnson, Esq. (RJ 6553)

*Attorneys for the Official Committee of Unsecured Creditors*

By: /s/ Gary L. Kaplin
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY  10004
Telephone:  (212) 859-8000
Facsimile:  (212) 859-4000
Gary L. Kaplan, Esq. (GK 4542)
Brad E. Scheler, Esq. (BS 8019)
Adrian Feldman, Esq. (AF 2478)

*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*