


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                                      :
                                                           :  Chapter 11
                                                           :
CALPINE CORPORATION, et al.,                               :  Case No. 05-60200 (BRL)
                                                           :
                                                           :  (Jointly Administered)
                                                           :
-----------------------------------------------------------x
HSBC BANK USA, NATIONAL                                    :
ASSOCIATION, AS INDENTURE                                  :
TRUSTEE, THE BANK OF NEW YORK,                             :  Case No. 1:07-cv-03088 (GBD)
AS ADMINISTRATIVE AGENT,                                   :
WILMINGTON TRUST FSB, AS                                   :
INDENTURE TRUSTEE, WILMINGTON                              :
TRUST COMPANY, AS ADMINISTRATIVE                           :
AGENT, AND MANUFACTURERS                                   :
& TRADERS TRUST COMPANY,                                   :
AS INDENTURE TRUSTEE,                                      :
                                                           :
            Appellants,                                    :
                                                           :
      – against –                                          :
                                                           :
CALPINE CORPORATION, THE OFFICIAL                          :
COMMITTEE OF UNSECURED                                     :
CREDITORS OF CALPINE CORPORATION,                          :
AND THE OFFICIAL COMMITTEE OF                              :
EQUITY SECURITY HOLDERS,                                   :
                                                           :
            Appellees.                                     :
-----------------------------------------------------------x
CALPINE CORPORATION, THE OFFICIAL                          :
COMMITTEE OF UNSECURED                                     :
CREDITORS OF CALPINE CORPORATION,                          :
AND THE OFFICIAL COMMITTEE OF                              :
EQUITY SECURITY HOLDERS,                                   :
                                                           :
            Appellants,                                    :
                                                           :
      – against –                                          :
                                                           :
HSBC BANK USA, NATIONAL                                    :
ASSOCIATION, AS INDENTURE                                  :
TRUSTEE, THE BANK OF NEW YORK,                             :
AS ADMINISTRATIVE AGENT,                                   :

NY2:\1757930\03\11_F#03!.DOC\61400.0004

```
WILMINGTON TRUST FSB, AS              :
INDENTURE TRUSTEE, WILMINGTON         :
TRUST COMPANY, AS ADMINISTRATIVE      :
AGENT, AND MANUFACTURERS              :
& TRADERS TRUST COMPANY,              :
AS INDENTURE TRUSTEE,                 :
                                      :
        Appellees.                    :
------------------------------------x
```

### AMENDED STIPULATION AND AGREED ORDER SETTING BRIEFING SCHEDULE AND PROTOCOL FOR APPEALS FROM ORDERS BY THE BANKRUPTCY COURT

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the respective parties, and, upon approval of the Court, shall be deemed ORDERED, as follows:

1.  The parties agree that the briefing schedule for the above appeals shall be as follows:

    a.  On or before June 1, 2007, all Parties shall simultaneously serve and file opening briefs, each of which may be up to and including fifty pages in length. Parties may also submit an appendix, which may include relevant documents from the record.

    b.  On or before July 9, 2007, all parties shall serve and file reply briefs, each of which may be up to and including thirty-five pages in length; provided, however, that any party whose initial brief was less than fifty pages may serve and file a reply brief of up to thirty-five pages plus the amount of any unused pages from the opening brief (i.e., the number of pages by which its opening brief was less than fifty pages). In no event shall the aggregate length of the opening and reply briefs of a party be greater than eighty-five pages in length.

    c.  No further briefing shall be allowed.

2.  With respect to briefs submitted by representatives of the First, Second, and Third Priority Debt: (a) HSBC Bank USA, National Association, as Indenture Trustee under the Second Priority Indenture, and The Bank of New York, as Administrative Agent under the Second Priority Term Loan Agreement, shall together file a single joint opening and a single joint reply brief; (b) Wilmington Trust FSB as Indenture Trustee under the First Priority

Indenture, and Wilmington Trust Company, as Administrative Agent under the First Priority Term Loan Agreement, shall together file a single joint opening brief and a single joint reply brief; and (c) Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture shall file a single joint opening brief and a single joint reply brief. In addition, Wilmington Trust Company as Collateral Agent shall be entitled to file separate opening and reply briefs, and each of the Debtors, the Official Committee of Unsecured Creditors of Calpine Corporation, and the Official Committee of Equity Security Holders of Calpine Corporation shall be entitled to file opening and reply briefs.

DATED: May ____, 2007   New York, N.Y.

ROPES & GRAY LLP

By _____
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Mark I. Bane, Esq. (MB 4883)
Mark R. Somerstein, Esq. (MS 9721)
David S. Elkind, Esq. (DE 4054)

*Attorneys for HSBC Bank USA, National Association, as Indenture Trustee under the Second Priority Indenture and for The Bank of New York, as Administrative Agent under the Second Priority Credit and Guarantee Agreement with respect to certain Second Priority Secured Institutional Term Loans*

KIRKLAND & ELLIS LLP

By _____
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Mark Kieselstein, Esq. (admitted pro hac vice)
David Seligman, Esq. (admitted pro hac vice)
Edward O. Sassower, Esq. (ES 5823)
Jeffrey S. Powell, Esq. (admitted pro hac vice)
Stephen E. Hessler, Esq. (admitted pro hac vice)

*Attorneys for Debtors Calpine Generating Company, LLC, CalGen Finance Corp., Calpine Corporation, and Each of their Debtor Subsidiaries and Affiliates Listed in Exhibit 1*

Indenture, and Wilmington Trust Company, as Administrative Agent under the First Priority Term Loan Agreement, shall together file a single joint opening brief and a single joint reply brief; and (c) Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture shall file a single joint opening brief and a single joint reply brief. In addition, Wilmington Trust Company as Collateral Agent shall be entitled to file separate opening and reply briefs, and each of the Debtors, the Official Committee of Unsecured Creditors of Calpine Corporation, and the Official Committee of Equity Security Holders of Calpine Corporation shall be entitled to file opening and reply briefs.

DATED: May ____, 2007    New York, N.Y.

ROPES & GRAY LLP

By _____
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Mark I. Bane, Esq. (MB 4883)
Mark R. Somerstein, Esq. (MS 9721)
David S. Elkind, Esq. (DE 4054)

*Attorneys for HSBC Bank USA, National Association, as Indenture Trustee under the Second Priority Indenture and for The Bank of New York, as Administrative Agent under the Second Priority Credit and Guarantee Agreement with respect to certain Second Priority Secured Institutional Term Loans*

KIRKLAND & ELLIS LLP

By _____[signature]_____
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Mark Kieselstein, Esq. (admitted pro hac vice)
David Seligman, Esq. (admitted pro hac vice)
Edward O. Sassower, Esq. (ES 5823)
Jeffrey S. Powell, Esq. (admitted pro hac vice)
Stephen E. Hessler, Esq. (admitted pro hac vice)

*Attorneys for Debtors Calpine Generating Company, LLC, CalGen Finance Corp., Calpine Corporation, and Each of their Debtor Subsidiaries and Affiliates Listed in Exhibit 1*

NIXON PEABODY LLP

By _____
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111

*Attorneys for Wilmington Trust
FSB, as Indenture Trustee under the
First Priority Indenture, Wilmington
Trust Company, as Administrative
Agent under the Credit and
Guarantee Agreement with respect
to certain First Priority Security
Institutional Term Loans, and
Wilmington Trust Company as
Collateral Agent*

By _____
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders
Trust Company, as Indenture Trustee
under the Third Priority Indenture*

AKIN GUMP STRAUSS HAUER &
FELD LLP

By _____
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Attorneys for the Official Committee
of Unsecured Creditors*

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP

By _____
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

*Attorneys for the Official Committee of
Equity Security Holders of Calpine
Corporation, et al.*

**SO ORDERED:**

Dated: May ___, 2007

_____
UNITED STATES DISTRICT JUDGE


| NIXON PEABODY LLP | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| By _____ | By _____ |
| 437 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-3000<br>Facsimile: (212) 940-3111<br>Chris Desiderio, Esq. (CD 6929)<br>Richard C. Pedone, Esq. (admitted pro hac vice)<br>Amanda D. Darwin, Esq. (AD 2719)<br><br>*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans. and Wilmington Trust Company as Collateral Agent* | 767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Martin J. Bienenstock, Esq. (MB 3001)<br>Judy G.Z. Liu, Esq. (JL 6449)<br>Penny P. Reid, Esq. (PR 5699)<br><br>*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture* |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By /s/ *[signature]* | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br><br>By _____ |
| 590 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Fred S. Hodara, Esq. (FH 7947)<br>Michael S. Stamer, Esq. (MS 4900)<br>Philip Dublin, Esq. (PD 4919)<br>Alexis Freeman, Esq. (AF 0328)<br>Robert A. Johnson, Esq. (RJ 6553)<br><br>*Attorneys for the Official Committee of Unsecured Creditors* | One New York Plaza<br>New York, NY 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>Gary L. Kaplan, Esq. (GK 4542)<br>Brad E. Scheler, Esq. (BS 8019)<br>Adrian Feldman, Esq. (AF 2478)<br><br>*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.* |
| **SO ORDERED:** | Dated: May     , 2007 |

_____
UNITED STATES DISTRICT JUDGE

NIXON PEABODY LLP

By _____
    437 Madison Avenue
    New York, NY 10022
    Telephone: (212) 940-3000
    Facsimile: (212) 940-3111
    Chris Desiderio, Esq. (CD 6929)
    Richard C. Pedone, Esq. (admitted
    pro hac vice)
    Amanda D. Darwin, Esq. (AD 2719)

*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans. and Wilmington Trust Company as Collateral Agent*

WEIL, GOTSHAL & MANGES LLP

By _____
    767 Fifth Avenue
    New York, New York 10153-0119
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Martin J. Bienenstock, Esq. (MB 3001)
    Judy G.Z. Liu, Esq. (JL 6449)
    Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
    590 Madison Avenue
    New York, NY 10022
    Telephone: (212) 872-1000
    Facsimile: (212) 872-1002
    Fred S. Hodara, Esq. (FH 7947)
    Michael S. Stamer, Esq. (MS 4900)
    Philip Dublin, Esq. (PD 4919)
    Alexis Freeman, Esq. (AF 0328)
    Robert A. Johnson, Esq. (RJ 6553)

*Attorneys for the Official Committee of Unsecured Creditors*

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By _/s/_____
    One New York Plaza
    New York, NY 10004
    Telephone: (212) 859-8000
    Facsimile: (212) 859-4000
    Gary L. Kaplan, Esq. (GK 4542)
    Brad E. Scheler, Esq. (BS 8019)
    Adrian Feldman, Esq. (AF 2478)

*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*

**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: May   , 2007

| NIXON PEABODY LLP | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| By _____ <br> 437 Madison Avenue <br> New York, NY 10022 <br> Telephone: (212) 940-3000 <br> Facsimile: (212) 940-3111 <br> Chris Desiderio, Esq. (CD 6929) <br> Richard C. Pedone, Esq. (admitted pro hac vice) <br> Amanda D. Darwin, Esq. (AD 2719) <br><br> *Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans. and Wilmington Trust Company as Collateral Agent* | By /s/ _____ <br> 767 Fifth Avenue <br> New York, New York 10153-0119 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 <br> Martin J. Bienenstock, Esq. (MB 3001) <br> Judy G.Z. Liu, Esq. (JL 6449) <br> Penny P. Reid, Esq. (PR 5699) <br><br> *Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture* |
| AKIN GUMP STRAUSS HAUER & FELD LLP | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |
| By _____ <br> 590 Madison Avenue <br> New York, NY 10022 <br> Telephone: (212) 872-1000 <br> Facsimile: (212) 872-1002 <br> Fred S. Hodara, Esq. (FH 7947) <br> Michael S. Stamer, Esq. (MS 4900) <br> Philip Dublin, Esq. (PD 4919) <br> Alexis Freeman, Esq. (AF 0328) <br> Robert A. Johnson, Esq. (RJ 6553) <br><br> *Attorneys for the Official Committee of Unsecured Creditors* | By _____ <br> One New York Plaza <br> New York, NY 10004 <br> Telephone: (212) 859-8000 <br> Facsimile: (212) 859-4000 <br> Gary L. Kaplan, Esq. (GK 4542) <br> Brad E. Scheler, Esq. (BS 8019) <br> Adrian Feldman, Esq. (AF 2478) <br><br> *Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.* |

**SO ORDERED:**

/s/ George B. Daniels
MAY 3 1 2007
UNITED STATES DISTRICT JUDGE

HON. GEORGE B. D_____

Dated: May ___, 2007