UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             :
Calpine Corporation, et al.,                                 :
                                                             :
                                  Debtors.                   :
------------------------------------------------------------ x
HSBC Bank USA, National Association, as                      :
Indenture Trustee, The Bank of New York, as                  :
Administrative Agent, Wilmington Trust FSB, as               :
Indenture Trustee, Wilmington Trust Company, as              :
Administrative Agent, Wilmington Trust                       :
Company, as Collateral Agent, and Manufacturers              :
& Traders Trust Company, as Indenture Trustee,               :
                                                             :
                                  Appellants,                :
                                                             :
            - against -                                      :
                                                             :
Calpine Corporation, The Official Committee of               :
Unsecured Creditors of Calpine Corporation, and              :
the Official Committee of Equity Security Holders,           :
                                                             :
                                  Appellees.                 :
------------------------------------------------------------ x
Calpine Corporation, The Official Committee of               :
Unsecured Creditors of Calpine Corporation, and              :
the Official Committee of Equity Security Holders,           :
                                                             :
                                  Appellants,                :
                                                             :
            - against -                                      :
                                                             :
HSBC Bank USA, National Association, as                      :
Indenture Trustee, The Bank of New York, as                  :
Administrative Agent, Wilmington Trust FSB, as               :
Indenture Trustee, Wilmington Trust Company, as              :
Administrative Agent, Wilmington Trust                       :
Company, as Collateral Agent, and Manufacturers              :
& Traders Trust Company, as Indenture Trustee,               :
                                                             :
                                  Appellees.                 :
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 1 2007

Chapter 11

Case No. 05-60200 (BRL)
(Jointly Administered)

Case No. 1:07-cv-03088 (GBD)

**ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE***

1

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is GRANTED. The admitted attorneys, Jeffrey S. Powell, Stephen E. Hessler and Marc Kieselstein, are permitted to argue or try this particular case and related cases in whole or in part as counsel or advocate.

This Order confirms your appearance as counsel for Calpine Corporation, et al. in this case and any related cases, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: JUN 0 1 2007

George B. Daniels
United States District Judge

cc:  Mark R. Somerstein
     David S. Elkind
     Amanda Duncan Darwin
     Dennis Murphy
     Richard C. Pedone
     Martin J. Bienenstock
     Gary L. Kaplan
     Richard G. Mason
     Michael S. Stamer
     Jeffrey S. Powell
     Stephen E. Hessler
     Court File