**K&L|GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030

T 212.536.3900  www.klgates.com

June 1, 2007



Michael R. Gordon
D 212.536.4855
F 212.536.3901
michael.gordon@klgates.com

Magistrate Judge Michael H. Dolinger
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

6/1/07

Re: **International Design Concepts, LLC and Oscar de la Renta, Ltd. v. Saks Incorporated, et ano., 05 CV 4754**

Dear Judge Dolinger:

Confirming the conversation I had earlier today with Camille in Chambers, Donald Kreindler, IDC's counsel and I spoke and have resolved the issues raised in the letter I sent to your Honor yesterday. Accordingly, as I told Camille, it will not be necessary for us to speak with your Honor today. It is possible that one issue might remain unresolved, but that will depend upon the contents of certain documents that Mr. Kreindler's office will be sending to me on Monday, June 4.

Mr. Kreindler and I agreed, in particular, that he would send to us the documents we had requested and that we would receive them today and Monday, June 4. Accordingly, subject to the Court's approval, Saks's time to submit a rebuttal expert report would be enlarged one week from June 8 to June 15 and that IDC's time to depose that expert would also be enlarged by one week. Mr. Kreindler and I agreed, again subject to the Court's approval, that Saks might need to ask additional deposition questions of IDC's damages expert. We will make that determination after we received Mr. Kreindler's materials.

Respectfully yours,

*Michael R. Gordon/mb*

Michael R. Gordon

Encls

ENDORSED ORDER

Defendant's rebuttal expert report is to be provided by June 15, 2007. Any deposition on that report is to be completed by July 7, 2007.

6/1/07 [signature]

K&L|GATES

Magistrate Judge Michael H. Dolinger
June 1, 2007
Page 2

cc: Donald Kreindler, Esq. (by fax and e-mail)
     Michael Fischman, Esq. (by fax and e-mail)
     Jeremy Richardson, Esq. (by fax and e-mail)
     Richard G. Tashjian, Esq. (by fax and e-mail)