**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | |
| Calpine Corporation, et al., | Chapter 11 |
| | Case No. 05-60200 (BRL) |
| Debtors. | (Jointly Administered) |
| HSBC Bank USA, National Association, as Indenture Trustee, The Bank of New York, as Administrative Agent, Wilmington Trust FSB, as Indenture Trustee, Wilmington Trust Company, as Administrative Agent, Wilmington Trust Company, as Collateral Agent, and Manufacturers & Traders Trust Company, as Indenture Trustee, | Case No. 1:07-cv-03088 (GBD) |
| Appellants, | |
| - against - | |
| Calpine Corporation, The Official Committee of Unsecured Creditors of Calpine Corporation, and the Official Committee of Equity Security Holders, | **AFFIDAVIT OF SERVICE** |
| Appellees. | |
| Calpine Corporation, The Official Committee of Unsecured Creditors of Calpine Corporation, and the Official Committee of Equity Security Holders, | |
| Appellants, | |
| - against - | |
| HSBC Bank USA, National Association, as Indenture Trustee, The Bank of New York, as Administrative Agent, Wilmington Trust FSB, as Indenture Trustee, Wilmington Trust Company, as Administrative Agent, Wilmington Trust Company, as Collateral Agent, and Manufacturers & Traders Trust Company, as Indenture Trustee, | |
| Appellees. | |

1

## AFFIDAVIT OF SERVICE

I, Jacob Goldfinger, state as follows:

1. I am over 18 years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by Kirkland & Ellis LLP, located at Citigroup Center, 153 East 53rd Street, New York, NY 10022-4611.

2. On June 1, 2007, I caused service of Calpine Corporation's **Opening Brief of Debtors-Appellants and Appendix** to be effected on the parties listed below addressed as shown by overnight delivery service, prior to the latest time designated for overnight delivery:

Mark R. Somerstein
David S. Elkind
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Amanda Duncan Darwin
Christopher M. Desiderio
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Dennis Murphy
Richard C. Pedone
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Martin J. Bienenstock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Gary L. Kaplan
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

Richard G. Mason
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Michael S. Stamer
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

      I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Dated: New York, New York
      June 4, 2007                                         /s/ Jacob Goldfinger
                                                                 Jacob Goldfinger

State of New York        )
                                  ) ss
County of New York     )

Subscribed and sworn to before me
this 4th day of June, 2007.

 /s/ Beverly A. Webb
Beverly A. Webb
Notary Public, State of New York
No. 24-4867475
Qualified in Kings County
Certificate filed in New York County
Commission Expires August 25, 2010