**CERTIFICATE OF SERVICE**

I, Christopher M. Desiderio, hereby certify that on this 1st day of June 2007, I caused a true and correct copy of the:

- JOINT OPENING BRIEF OF APPELLANTS, WILMINGTON TRUST FSB AS INDENTURE TRUSTEE AND WILMINGTON TRUST COMPANY AS ADMINISTRATIVE AGENT

and

- OPENING BRIEF OF APPELLANT WILMINGTON TRUST COMPANY AS COLLATERAL AGENT

to be served upon parties below by regular mail, postage prepaid.

           /s/ Christopher M. Desiderio
Christopher M. Desiderio, Esq.

| | |
|---|---|
| Richard M. Cieri, Esq., Marc Kieselstein, Esq.<br>David Seligman, Esq., Edward O. Sassower, Esq.<br>Jeffrey S. Powell, Esq., Stephen E. Hessler, Esq.<br>Mark McKane, Esq.<br>KIRKLAND & ELLIS LLP<br>153 East 53rd Street<br>New York, NY  10022-4611 | Mark I. Bane, Esq., Mark R. Somerstein, Esq.<br>David S. Elkind, Esq.<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704 |
| Gary L. Kaplan, Esq.<br>Brad E. Scheler, Esq.<br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, NY  10004 | Alan W. Kornberg, Esq., Andrew N. Rosenberg, Esq.<br>Elizabeth R. McColm, Esq.<br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019 |
| Jeffrey R. Gleit, Esq.<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, NY  10019 | Kenneth H. Eckstein, Esq.<br>Joshua K. Brody, Esq.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 |

- 2 -

| | |
|---|---|
| Gary M. Graber, Esq.<br>HODGSON RUSS LLP<br>One M&T Plaza<br>Buffalo, NY  14203 | Joseph Pasquariello, Esq.<br>Brendan D. O'Neill, Esq.<br>GOODMANS LLP<br>250 Yonge Street<br>Toronto, ON  M5B 2M6 |
| Ken Coleman, Esq.<br>ALLEN & OVERY LLP<br>1221 Avenue of the Americas<br>New York, NY  10020 | Jane Rue Wittstein, Esq.<br>JONES DAY<br>222 East 41st Street<br>New York, NY  10017 |
| N. Theodore Zink, Jr., Esq.<br>Andrew Rosenblatt, Esq.<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY  10112 | Peter V. Pantaleo, Esq.<br>SIMPSON THATCHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY  10017 |
| Emil A. Kleinhaus, Esq.<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY  10019 | |