UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                                        :
                                                             :   Chapter 11
CALPINE CORPORATION, et al.,                                 :   Cases Nos. 05-60200(BRL)
                                                             :
                                      Debtors.               :   (Jointly Administered)
------------------------------------------------------------ x
HSBC Bank USA, National Association, as Indenture            :
Trustee, et al.                                              :   Case No. 1:07-cv-03088 (GBD)
                                                             :
                                      Appellants,            :
                                                             :
                  -against-                                  :
                                                             :
Calpine Corporation, et al.,                                 :
                                                             :
                                      Appellees.             :
------------------------------------------------------------ x
Calpine Corporation, et al.                                  :
                                                             :
                                      Appellants,            :
                                                             :
                  -against-                                  :
                                                             :
HSBC Bank USA, National Association, as Indenture            :
Trustee, et al.,                                             :
                                                             :
                                      Appellees.             :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     :ss.:
COUNTY OF NEW YORK   )

      SARAH B. ROBERTS, being duly sworn, deposes and says:

      I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in New York, New York. I am not a party to this action.

      On Friday, June 1, 2007, I caused a true and correct copies of the Brief Of Appellants HSBC Bank USA, National Association, As Indenture Trustee, And The Bank Of New York, As

3401491_1

Administrative Agent to be served by hand upon the persons listed on the annexed Exhibit A at the addresses set forth in such exhibit.

*Sarah B. Roberts*
Sarah B. Roberts

Sworn to before me this 5th day of June, 2007

*Jacquelyn C. Huggins*
Notary Public

JACQUELYN C. HUGGINS
NOTARY PUBLIC, State of New York
No 01HU4821690
Qualified in New York County
Commission Expires Sept. 30, 2009

3401491_1

Exhibit A - Service List

Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022-4611
Attn: Richard M. Cieri, Marc Kieselstein,
Stephen E. Hessler, Jeffrey S. Powell

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn: Gary L. Kaplan, Esq.
Brad E. Scheler, Esq.

Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
Attn: Fred S. Hodara, Robert Johnson

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Attn: Richard G. Mason

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attn: Judy G.Z. Liu, Conray Tseng

Nixon Peabody LLC
437 Madison Avenue
New York, NY 10022
Attn: Christopher Desiderio

3401491_1