UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:                                                                  :   Chapter 11
                                                                        :
CALPINE CORPORATION, ET AL.,                                            :   Case No. 05-60200 (BRL)
                                                                        :
                              Debtors.                                    :   (Jointly Administered)
------------------------------------------------------------------------x
                                                                        :
HSBC BANK USA, NATIONAL ASSOCIATION, AS                                 :
INDENTURE TRUSTEE, THE BANK OF NEW YORK,                                :
AS ADMINISTRATIVE AGENT, WILMINGTON                                     :   Case No. 1:07-cv-03088 (GBD)
TRUST FSB, AS INDENTURE TRUSTEE,                                        :
WILMINGTON TRUST COMPANY, AS                                            :
ADMINISTRATIVE AGENT, WILMINGTON TRUST                                  :
COMPANY AS COLLATERAL AGENT, AND                                        :
MANUFACTURERS & TRADERS TRUST                                           :
COMPANY, AS INDENTURE TRUSTEE                                           :
                                                                        :
                              Appellants,                                :
                                                                        :
               - against -                                   :
                                                                        :
CALPINE CORPORATION, THE OFFICIAL                                       :
COMMITTEE OF UNSECURED CREDITORS OF                                     :
CALPINE CORPORATION, AND THE OFFICIAL                                   :
COMMITTEE OF EQUITY SECURITY HOLDERS                                    :
                                                                        :
                              Appellees.                                 :
------------------------------------------------------------------------x
                                                                        :
CALPINE CORPORATION, THE OFFICIAL                                       :
COMMITTEE OF UNSECURED CREDITORS OF                                     :
CALPINE CORPORATION, AND THE OFFICIAL                                   :
COMMITTEE OF EQUITY SECURITY HOLDERS                                    :
                                                                        :
                              Appellants,                                :
                                                                        :
               - against -                                   :
                                                                        :
HSBC BANK USA, NATIONAL ASSOCIATION, AS                                 :
INDENTURE TRUSTEE, THE BANK OF NEW YORK,                                :
AS ADMINISTRATIVE AGENT, WILMINGTON                                     :
TRUST FSB, AS INDENTURE TRUSTEE,                                        :
WILMINGTON TRUST COMPANY, AS                                            :
ADMINISTRATIVE AGENT, WILMINGTON TRUST                                  :
COMPANY AS COLLATERAL AGENT, AND                                        :
MANUFACTURERS & TRADERS TRUST                                           :
COMPANY, AS INDENTURE TRUSTEE                                           :
                                                                        :
                              Appellees.                                 :
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I, Matthew Roose, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on June 1, 2007, I caused to be served by Federal Express delivery the Opening Brief of the Official Committee of Equity Security Holders upon the parties listed on the attached service list.

Dated:  New York, New York
        June 6, 2007

                                                    /s/ Matthew Roose
                                                  Matthew Roose

## Service List

**Via Federal Express**

| | |
|---|---|
| David R. Seligman<br>Edward O. Sassower<br>Stephen E. Hessler<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611 | Counsel for Calpine Corporation, et al.<br>(Debtors) |
| Richard Pedone<br>Christopher M. Desiderio<br>Amanda D. Darwin<br>NIXON PEABODY LLP<br>437 Madison Avenue<br>New York, NY 10022 | Counsel for Wilmington Trust FSB, as Indenture Trustee, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent |
| David S. Elkind<br>Mark R. Somerstein<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>(212) 596-9000 | Counsel for HSBC Bank USA, National Association, as Indenture Trustee, and The Bank of New York, as Administrative Agent |
| Martin J. Bienenstock<br>Penny Reid<br>Christopher Marcus<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>(212) 310-8000 | Counsel for Manufacturers & Traders Trust Company, as Indenture Trustee |

Michael S. Stamer
Philip C. Dublin
Robert A. Johnson
AKIN GUMP STRAUSS HAUER
   & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000

Counsel for Official Committee of
Unsecured Creditors

588478