**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                                              :
                                                   :    Chapter 11
                                                   :
CALPINE CORPORATION, et al.,                       :    Case No. 05-60200 (BRL)
                                                   :
                                                   :    (Jointly Administered)
                                                   :
-----------------------------------------------------------------x
HSBC BANK USA, NATIONAL                            :
ASSOCIATION, AS INDENTURE                          :
TRUSTEE, THE BANK OF NEW YORK,                     :
AS ADMINISTRATIVE AGENT,                           :    Case No. 1:07-cv-03088 (GBD)
WILMINGTON TRUST FSB, AS                           :
INDENTURE TRUSTEE, WILMINGTON                      :
TRUST COMPANY, AS ADMINISTRATIVE                   :
AGENT, AND MANUFACTURERS                           :
& TRADERS TRUST COMPANY,                           :
AS INDENTURE TRUSTEE,                              :
                                                   :
              Appellants,                          :
                                                   :
         – against –                               :
                                                   :
CALPINE CORPORATION, THE OFFICIAL                  :
COMMITTEE OF UNSECURED                             :
CREDITORS OF CALPINE CORPORATION,                  :
AND THE OFFICIAL COMMITTEE OF                      :
EQUITY SECURITY HOLDERS,                           :
                                                   :
              Appellees.                           :
-----------------------------------------------------------------x   *caption continued on next page*
```

NY2:\1767726\02\11VZ$02!.DOC\61400.0004

```
-----------------------------------------------------------x
CALPINE CORPORATION, THE OFFICIAL            :
COMMITTEE OF UNSECURED                       :
CREDITORS OF CALPINE CORPORATION,            :
AND THE OFFICIAL COMMITTEE OF                :
EQUITY SECURITY HOLDERS,                     :
                                             :
                Appellants,                  :
                                             :
        – against –                          :
                                             :
HSBC BANK USA, NATIONAL                      :
ASSOCIATION, AS INDENTURE                    :
TRUSTEE, THE BANK OF NEW YORK,               :
AS ADMINISTRATIVE AGENT,                     :
WILMINGTON TRUST FSB, AS                     :
INDENTURE TRUSTEE, WILMINGTON                :
TRUST COMPANY, AS ADMINISTRATIVE             :
AGENT, AND MANUFACTURERS                     :
& TRADERS TRUST COMPANY,                     :
AS INDENTURE TRUSTEE,                        :
                                             :
                Appellees.                   :
-----------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

State of New York    )
                     )   ss.:
County of New York   )

Donald Etienne, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2. On the 4th day of June 2007, I caused true and correct copies of the following documents to be served by Federal Express upon the parties listed on Exhibit A hereto:

NY2:\1767726\02\11VZ$02!.DOC\61400.0004

- ✓ *Opening Brief of Appellant Manufacturers & traders Trust Company*

/s/ Donald Etienne<br>Donald Etienne

Sworn to before me this
8th day of June, 2007

/s/ Heather L. Aaronson
Notary Public, State of New York
No. 01AA6117801
Qualified in New York County
Commission Expires November 1, 2008

SERVICE LIST

**Paul Kenan Schwartzberg**
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

**Jeffrey S. Powell**
**Stephen E. Hessler**
Kirkland & Ellis, L.L.P.
655 Fifteenth Street, North West
Washington, DC 20005

**Marc Kieselstein**
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

 **David Elkind**
*National Association, as Indenture Trustee under the Second Priority Indenture*
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111-0087

**Mark R. Somerstein**
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

**Gary L. Kaplan**
**The Official Committee of Equity Security Holders**
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10011

**Richard M. Cieri**
Kirkland & Ellis, LLP
153 East 53rd Street
New York, NY 10022-4675


**Amanda Duncan Darwin**

NY2:\1767726\02\11VZ$02!.DOC\61400.0004

**Dennis Murphy**
**Richard C. Pedone**
**Wilmington Trust Company**
*as Administrative Agent*
Nixon Peabody, L.L.P.
100 Summer Street
Boston, MA 02110

**Christopher Marshall Desiderio**
Nixon Peabody LLP (NYC)
437 Madison Avenue
New York, NY 10022

**Richard G. Mason**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

**Robert Alan Johnson**
T**he Official Committee of Unsecured**
**Creditors of Calpine Corporation**
Akin Gump Strauss Hauer & Feld LLP(NYC)
590 Madison Avenue
New York, NY 10022