UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re <br><br> CALPINE CORPORATION, *et al.*, <br><br>             Debtors. | Chapter 11 <br><br> Cases Nos. 05-60200(BRL) <br><br> (Jointly Administered) |
| HSBC Bank USA, National Association, as Indenture Trustee, *et al.* <br>            Appellants, <br><br> -against- <br><br> Calpine Corporation, *et al.* <br>            Appellees. | Case No. 1:07-cv-03088 (GBD) |
| Calpine Corporation, *et al.* <br>            Appellants, <br><br> -against- <br><br> HSBC Bank USA, National Association, as Indenture Trustee, *et al.* <br>            Appellees. | |

**SUPPLEMENTAL APPENDIX SUBMITTED ON BEHALF OF APPELLANTS HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT**

ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Mark I. Bane, Esq.
Mark R. Somerstein, Esq.
David S. Elkind, Esq.
Amy Vanderwal, Esq.

Attorneys for Appellants HSBC
Bank USA, National Association, as
Indenture Trustee and The Bank of
New York, as Administrative Agent

3415616_1

## TABLE OF CONTENTS

| | Document | Appendix Page |
|---|---|---|
| 22. | Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code (Docket # 5015)\ | JA 1392 - JA 1464 |
| 23. | Disclosure Statement for Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code (Docket # 5016) | JA 1465 - JA 1658 |

3415616_1