**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Calpine Corporation, et al.,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-60200 (BRL)<br>(Jointly Administered) |
| HSBC Bank USA, National Association, as Indenture Trustee, The Bank of New York, as Administrative Agent, Wilmington Trust FSB, as Indenture Trustee, Wilmington Trust Company, as Administrative Agent, Wilmington Trust Company, as Collateral Agent, and Manufacturers & Traders Trust Company, as Indenture Trustee,<br><br>　　　　　　　　　　Appellants,<br><br>　　- against -<br><br>Calpine Corporation, The Official Committee of Unsecured Creditors of Calpine Corporation, and the Official Committee of Equity Security Holders,<br><br>　　　　　　　　　　Appellees. | Case No. 1:07-cv-03088 (GBD) |
| Calpine Corporation, The Official Committee of Unsecured Creditors of Calpine Corporation, and the Official Committee of Equity Security Holders,<br><br>　　　　　　　　　　Appellants,<br><br>　　- against -<br><br>HSBC Bank USA, National Association, as Indenture Trustee, The Bank of New York, as Administrative Agent, Wilmington Trust FSB, as Indenture Trustee, Wilmington Trust Company, as Administrative Agent, Wilmington Trust Company, as Collateral Agent, and Manufacturers & Traders Trust Company, as Indenture Trustee,<br><br>　　　　　　　　　　Appellees. | |

**REPLY BRIEF APPENDIX OF DEBTORS-APPELLEES**

KIRKLAND & ELLIS LLP  
Citigroup Center  
153 East 53rd Street  
New York, NY 10022-4611  
Telephone: (212) 446-4800  
Facsimile:  (212) 446-4800  
Richard M. Cieri (RC 6062)  
Edward O. Sassower (ES 5823)  

KIRKLAND & ELLIS LLP  
Aon Building  
200 East Randolph Drive  
Chicago, IL  60601-6636  
Telephone: (312) 861-2000  
Facsimile:  (312) 861-2200  
Marc Kieselstein (admitted *pro hac vice*)  

KIRKLAND & ELLIS LLP  
655 15th St., NW  
Washington, D.C.  20005-5793  
Telephone: (202) 879-5000  
Facsimile:  (202) 879-5200  
Jeffrey S. Powell (admitted *pro hac vice*)  
Stephen E. Hessler (admitted *pro hac vice*)  

*Counsel for the Debtors-Appellees*

## **TABLE OF CONTENTS**

| **Tab** | **Record Item** |
|---|---|
| K. | Selected CalGen Debt Indenture Provisions |
| L. | Second Amended Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection, entered on February 26, 2006 |
| M. | 6/21/06 Hearing Transcript |