## CERTIFICATE OF SERVICE

    I, Christopher M. Desiderio, hereby certify that on this 9th day of July 2007, I caused true and correct copies of the: (1) Reply Brief of Appellants Wilmington Trust FSB as Indenture Trustee and Wilmington Trust Company as Administrative Agent, and (2) Reply Brief of Appellant Wilmington Trust Company as Collateral Agent to be served upon parties below by regular mail, postage prepaid.

                                                     /s/ Christopher M. Desiderio
                                                      Christopher M. Desiderio, Esq.

| | |
|---|---|
| Richard M. Cieri, Esq., Marc Kieselstein, Esq.<br>David Seligman, Esq., Edward O. Sassower, Esq.<br>Jeffrey S. Powell, Esq., Stephen E. Hessler, Esq.<br>Mark McKane, Esq.<br>KIRKLAND & ELLIS LLP<br>153 East 53rd Street<br>New York, NY  10022-4611 | Mark I. Bane, Esq., Mark R. Somerstein, Esq.<br>David S. Elkind, Esq.<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704 |
| Gary L. Kaplan, Esq.<br>Brad E. Scheler, Esq.<br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, NY  10004 | Alan W. Kornberg, Esq., Andrew N. Rosenberg, Esq.<br>Elizabeth R. McColm, Esq.<br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019 |
| Jeffrey R. Gleit, Esq.<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, NY  10019 | Kenneth H. Eckstein, Esq.<br>Joshua K. Brody, Esq.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 |
| Gary M. Graber, Esq.<br>HODGSON RUSS LLP<br>One M&T Plaza<br>Buffalo, NY  14203 | Joseph Pasquariello, Esq.<br>Brendan D. O'Neill, Esq.<br>GOODMANS LLP<br>250 Yonge Street<br>Toronto, ON  M5B 2M6 |

| | |
|---|---|
| Ken Coleman, Esq.<br>ALLEN & OVERY LLP<br>1221 Avenue of the Americas<br>New York, NY  10020 | Jane Rue Wittstein, Esq.<br>JONES DAY<br>222 East 41st Street<br>New York, NY  10017 |
| N. Theodore Zink, Jr., Esq.<br>Andrew Rosenblatt, Esq.<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY  10112 | Peter V. Pantaleo, Esq.<br>SIMPSON THATCHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY  10017 |
| Emil A. Kleinhaus, Esq.<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY  10019 | |