UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CALPINE CORPORATION, ET AL., | : | Case No. 05-60200 (BRL) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------x

| | : | |
|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY AS COLLATERAL AGENT, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE | : | Case No. 1:07-cv-03088 (GBD) |
| | : | |
| Appellants, | : | |
| | : | |
| - against - | : | |
| | : | |
| CALPINE CORPORATION, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS | : | |
| | : | |
| Appellees. | : | |

------------------------------------------------------------------------x

| | : | |
|---|---|---|
| CALPINE CORPORATION, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS | : | |
| | : | |
| Appellants, | : | |
| | : | |
| - against - | : | |
| | : | |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY AS COLLATERAL AGENT, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE | : | |
| | : | |
| Appellees. | : | |

------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I, Matthew Roose, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on July 10, 2007, I caused to be served by Federal Express delivery the Response Brief of the Official Committee of Equity Security Holders upon the parties listed on the attached service list.

Dated:  New York, New York
        July 11, 2007

                                            /s/ Matthew Roose
                                            Matthew Roose

## Service List

**Via Federal Express**

| | |
|---|---|
| David R. Seligman<br>Edward O. Sassower<br>Stephen E. Hessler<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611 | Counsel for Calpine Corporation, <u>et al</u>.<br>(Debtors) |
| Richard Pedone<br>Christopher M. Desiderio<br>Amanda D. Darwin<br>NIXON PEABODY LLP<br>437 Madison Avenue<br>New York, NY 10022 | Counsel for Wilmington Trust FSB, as Indenture Trustee, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent |
| David S. Elkind<br>Mark R. Somerstein<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>(212) 596-9000 | Counsel for HSBC Bank USA, National Association, as Indenture Trustee, and The Bank of New York, as Administrative Agent |
| Martin J. Bienenstock<br>Penny Reid<br>Christopher Marcus<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>(212) 310-8000 | Counsel for Manufacturers & Traders Trust Company, as Indenture Trustee |

Michael S. Stamer
Philip C. Dublin              Counsel for Official Committee of
Robert A. Johnson             Unsecured Creditors
AKIN GUMP STRAUSS HAUER
    & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000

591773