UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                              :
                                                   :          **Chapter 11**
                                                   :
CALPINE CORPORATION, *et al.*,                     :          Case No. 05-60200 (BRL)
                                                   :
                                                   :          **(Jointly Administered)**
                                                   :
------------------------------------------------------------x
HSBC BANK USA, NATIONAL                            :
ASSOCIATION, AS INDENTURE                          :
TRUSTEE, THE BANK OF NEW YORK,                     :          Case No. 1:07-cv-03088 (GBD)
AS ADMINISTRATIVE AGENT,                           :
WILMINGTON TRUST FSB, AS                           :
INDENTURE TRUSTEE, WILMINGTON                      :
TRUST COMPANY, AS ADMINISTRATIVE                   :
AGENT, AND MANUFACTURERS                           :
& TRADERS TRUST COMPANY,                           :
AS INDENTURE TRUSTEE,                              :
                                                   :
              Appellants,                          :
                                                   :
          – against –                              :
                                                   :
CALPINE CORPORATION, THE OFFICIAL                  :
COMMITTEE OF UNSECURED                             :
CREDITORS OF CALPINE CORPORATION,                  :
AND THE OFFICIAL COMMITTEE OF                      :
EQUITY SECURITY HOLDERS,                           :
                                                   :
              Appellees.                           :
------------------------------------------------------------x     *caption continued on next page*

```
-----------------------------------------------------------x
CALPINE CORPORATION, THE OFFICIAL           :
COMMITTEE OF UNSECURED                      :
CREDITORS OF CALPINE CORPORATION,           :
AND THE OFFICIAL COMMITTEE OF               :
EQUITY SECURITY HOLDERS,                    :
                                            :
              Appellants,                   :
                                            :
          – against –                       :
                                            :
HSBC BANK USA, NATIONAL                     :
ASSOCIATION, AS INDENTURE                   :
TRUSTEE, THE BANK OF NEW YORK,              :
AS ADMINISTRATIVE AGENT,                    :
WILMINGTON TRUST FSB, AS                    :
INDENTURE TRUSTEE, WILMINGTON               :
TRUST COMPANY, AS ADMINISTRATIVE            :
AGENT, AND MANUFACTURERS                    :
& TRADERS TRUST COMPANY,                    :
AS INDENTURE TRUSTEE,                       :
                                            :
              Appellees.                    :
-----------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

State of New York    )
                     )  ss.:
County of New York   )

Heather Aaronson, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2. On the 9th day of July 2007, I caused true and correct copy of the following pleading to be served upon the parties listed in the service list attached hereto as Exhibit A at the addresses set forth therein via overnight mail:

NY2:\1779301\01\124X101!.DOC\61400.0004

- ✓ Reply Brief of Appellant Manufacturers & Traders Trust Company.

/s/ Heather Aaronson
Heather Aaronson

Sworn to before me this
12th day of July, 2007

/s/ Kathleen Anne Lee
Kathleen Anne Lee
Notary Public, State of New York
No. 01LE6119251
Registered in New York County
Commission Expires 11/29/08

## Exhibit A

## Service List

**Hon. George B. Daniels**
**United States District Judge**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007


**Stephen E. Hessler**
Kirkland & Ellis, L.L.P.
655 Fifteenth Street, North West
Washington, DC 20005


**Marc Kieselstein**
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636


**Jeffrey S. Powell**
Kirkland & Ellis, L.L.P.
655 Fifteenth Street, North West
Washington, DC 20005


**Richard M. Cieri**
Kirkland & Ellis, LLP
153 East 53rd Street
New York, NY 10022-4675


**David Elkind**
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111-0087


**Mark R. Somerstein**
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

**Richard G. Mason**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019


**Gary L. Kaplan**
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10011


**Amanda Duncan Darwin**
Nixon Peabody, L.L.P.
100 Summer Street
Boston, MA 02110


**Christopher Marshall Desiderio**
Nixon Peabody LLP (NYC)
437 Madison Avenue
New York, NY 10022


**Dennis Murphy**
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131


**Richard C. Pedone**
100 Summer Street
Boston, MA 02110


**Robert Alan Johnson**
Akin Gump Strauss Hauer & Feld LLP(NYC)
590 Madison Avenue
New York, NY 10022