**NIXON PEABODY LLP**
Christopher M. Desiderio, Esq. (CD 6929)
437 Madison Avenue
New York, NY 10022
Tel. (212) 940-3000
- and -
Victor G. Milione Esq.
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1305

Attorneys for
Wilmington Trust Company as Collateral Agent;
Wilmington Trust FSB as Indenture Trustee; and,
Wilmington Trust Company as Administrative Agent

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

**In re**                                           :         **Chapter 11**
                                                    :
                                                    :
**CALPINE CORPORATION, et al.,**                    :         **Case No. 05-60200 (BRL)**
                                                    :
                                                    :         **(Jointly Administered)**
                                                    :
---------------------------------------------------------x

**HSBC BANK USA, NATIONAL**                         :
**ASSOCIATION, AS INDENTURE**                       :
**TRUSTEE, THE BANK OF NEW YORK,**                  :         **Case No. 1:07-cv-03088 (GBD)**
**AS ADMINISTRATIVE AGENT,**                        :
**WILMINGTON TRUST FSB,**                           :
**INDENTURE TRUSTEE, WILMINGTON**                   :
**TRUST COMPANY, AS ADMINISTRATIVE**                :
**AGENT, AND MANUFACTURERS**                        :
**& TRADERS TRUST COMPANY,**                        :
**AS INDENTURE TRUSTEE,**                           :
                                                    :
                   **Appellants,**                  :
                                                    :
                  **– against –**                   :
                                                    :
**CALPINE CORPORATION, THE OFFICIAL**               :
**COMMITTEE OF UNSECURED**                          :
**CREDITORS OF CALPINE CORPORATION,**               :
**AND THE OFFICIAL COMMITTEE OF**                   :
**EQUITY SECURITY HOLDERS,**                        :
                                                    :
                   **Appellees.**                   :
---------------------------------------------------------x         *caption continued on next page*

10620667.13

```
-------------------------------------------------------------x
```
CALPINE CORPORATION, THE OFFICIAL    :
COMMITTEE OF UNSECURED               :
CREDITORS OF CALPINE CORPORATION,   :
AND THE OFFICIAL COMMITTEE OF        :
EQUITY SECURITY HOLDERS,             :
                                     :
        **Appellants,**              :
                                     :
      **– against –**                  :
                                     :
HSBC BANK USA, NATIONAL             :
ASSOCIATION, AS INDENTURE            :
TRUSTEE, THE BANK OF NEW YORK,      :
AS ADMINISTRATIVE AGENT,             :
WILMINGTON TRUST FSB, AS             :
INDENTURE TRUSTEE, WILMINGTON        :
TRUST COMPANY, AS ADMINISTRATIVE    :
AGENT, AND MANUFACTURERS             :
& TRADERS TRUST COMPANY,            :
AS INDENTURE TRUSTEE,                :
                                     :
        **Appellees.**               :
```
-------------------------------------------------------------x
```

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Christopher M. Desiderio, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice

of

| | |
|---|---|
| Applicant's Name: | Victor G. Milione |
| Firm Name: | Nixon Peabody LLP |
| Address: | 100 Summer Street |
| City/State/Zip: | Boston, MA  02110-2131 |
| Phone Number: | (617) 345-1000 |
| Fax Number: | (617) 345-1300 |

Victor G. Milione is a member in good standing of the Bar of the Commonwealth of

Massachusetts.

Dated:    New York, New York
          July 9, 2007

Respectfully submitted,

Christopher M. Desiderio
Sponsor's SDNY Bar CD 6929
Firm Name:  Nixon Peabody LLP
Address:  437 Madison Avenue
City/State/Zip:  New York, NY  10022
Phone Number:  (212) 940-3000
Fax Number:  (866) 780-0178

**NIXON PEABODY LLP**
Christopher M. Desiderio, Esq. (CD 6929)
437 Madison Avenue
New York, NY 10022
Tel. (212) 940-3000
- and -
Victor G. Milione Esq.
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1305

Attorneys for
Wilmington Trust Company as Collateral Agent;
Wilmington Trust FSB as Indenture Trustee; and,
Wilmington Trust Company as Administrative Agent

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| : | |
| **CALPINE CORPORATION,** *et al.,* : | **Case No. 05-60200 (BRL)** |
| : | |
| : | **(Jointly Administered)** |
| : | |

-------------------------------------------------------------x

| | |
|---|---|
| **HSBC BANK USA, NATIONAL** : | |
| **ASSOCIATION, AS INDENTURE** : | |
| **TRUSTEE, THE BANK OF NEW YORK,** : | **Case No. 1:07-cv-03088 (GBD)** |
| **AS ADMINISTRATIVE AGENT,** : | |
| **WILMINGTON TRUST FSB, AS** : | |
| **INDENTURE TRUSTEE, WILMINGTON** : | |
| **TRUST COMPANY, AS ADMINISTRATIVE** : | |
| **AGENT, AND MANUFACTURERS** : | |
| **& TRADERS TRUST COMPANY,** : | |
| **AS INDENTURE TRUSTEE,** : | |
| : | |
| **Appellants,** : | |
| : | |
| **– against –** : | |
| : | |
| **CALPINE CORPORATION, THE OFFICIAL** : | |
| **COMMITTEE OF UNSECURED** : | |
| **CREDITORS OF CALPINE CORPORATION,** : | |
| **AND THE OFFICIAL COMMITTEE OF** : | |
| **EQUITY SECURITY HOLDERS,** : | |
| : | |
| **Appellees.** : | |

-------------------------------------------------------------x    *caption continued on next page*

10620667.13

```
---------------------------------------------------------------x
CALPINE CORPORATION, THE OFFICIAL   :
COMMITTEE OF UNSECURED              :
CREDITORS OF CALPINE CORPORATION,   :
AND THE OFFICIAL COMMITTEE OF       :
EQUITY SECURITY HOLDERS,            :
                                    :
            Appellants,             :
                                    :
         – against –                :
                                    :
HSBC BANK USA, NATIONAL             :
ASSOCIATION, AS INDENTURE           :
TRUSTEE, THE BANK OF NEW YORK,      :
AS ADMINISTRATIVE AGENT,            :
WILMINGTON TRUST FSB, AS            :
INDENTURE TRUSTEE, WILMINGTON       :
TRUST COMPANY, AS ADMINISTRATIVE    :
AGENT, AND MANUFACTURERS            :
& TRADERS TRUST COMPANY,            :
AS INDENTURE TRUSTEE,               :
                                    :
            Appellees.              :
---------------------------------------------------------------x
```

State of New York    )
                     )  ss.:
County of New York   )

## AFFIDAVIT IN SUPPORT OF MOTION PRO HAC VICE

CHRISTOPHER M. DESIDERIO, being duly sworn, deposes and says:

1.       I am an attorney in good standing and duly admitted to practice in the State of

New York and before this Court.  I am a member of the law firm Nixon Peabody LLP, attorneys

for Wilmington Trust Company, as Collateral Agent; Wilmington Trust FSB as Indenture

Trustee; and, Wilmington Trust Company, as Administrative Agent,[1] in connection with the above-entitled matter. I submit this affidavit in support of the motion to admit pro hac vice Victor G. Milione of Nixon Peabody LLP to represent the above mentioned Appellants and Appellees for all purposes in this case.

2.      Victor G. Milione also is a member of Nixon Peabody LLP. Victor G. Milione is a member in good standing of the bar of the Commonwealth of Massachusetts (Certificates of Good Standing from these jurisdictions are attached hereto as Exhibit A.)

---

[1]      This motion is filed to represent (i) Wilmington Trust FSB as Indenture Trustee for the First Priority Secured Floating Rate Notes due 2009, issued on or about March 23, 2004, by CalGen in the original aggregate principal amount of $235,000,000.00; (ii) Wilmington Trust Company as Administrative Agent for the First Priority Institutional Term Loans due 2009, issued on or about March 23, 2004, in the original aggregate principal amount of $600,000,000.00 and, (iii) Wilmington Trust Company in its capacity as Collateral Agent under that Collateral Trust and Intercreditor Agreement dated March 23, 2004, between: Calpine CalGen Holdings, Inc., Calpine Generating Company, LLC, certain Debtor Guarantors, Wilmington Trust FSB as Trustee, Morgan Stanley Senior Funding, Inc. as Term Loan Administrative Agent, the Bank of Nova Scotia as Revolving Loan Administrative Agent as Collateral Agent for:

> (a) the First Priority Secured Floating Rate Notes due 2009, issued on or about March 23, 2004, by CalGen in the original aggregate principal amount of $235,000,000.00 (for which Wilmington Trust FSB serves as Indenture Trustee and Wilmington Trust Company serves as Collateral Agent);

> (b) the First Priority Institutional Term Loans due 2009, issued on or about March 23, 2004, in the original aggregate principal amount of $600,000,000.00 (for which Wilmington Trust Company serves as successor Administrative Agent and Wilmington Trust Company serves as Collateral Agent);

> (c) the First Priority Secured Revolving Loans issued on or about March 23, 2004, in the original aggregate principal amount of $200,000,000.00 (for which Wilmington Trust Company serves as Collateral Agent);

> (d) the Second Priority Secured Floating Rate Notes due 2010, issued on or about March 23, 2004, by CalGen in the original aggregate principal amount of $640,000,000.00 (for which Wilmington Trust Company serves as Collateral Agent);

> (e) the Second Priority Secured Institutional Term Loans due 2010, issued on or about March 23, 2004, in the original aggregate principal amount of $100,000,000.00 (for which Wilmington Trust Company serves as Collateral Agent);

> (f) the Third Priority Secured Floating Rate Notes due 2011, issued on or about March 23, 2004, in the original aggregate principal amount of $680,000,000.00 (for which Wilmington Trust Company serves as Collateral Agent); and

> (g) the 11 ½ % Third Priority Secured Notes due 2011, issued on or about March 23, 2004, in the original aggregate principal amount of $150,000,000.00 (for which Wilmington Trust Company serves as Collateral Agent).

3.     There are no current or pending actions against Victor G. Milione in State or Federal court.

_____
CHRISTOPHER M. DESIDERIO

Sworn to before me this 9th day
of July, 2007

Notary Public

DEBRA A. COLON
Notary Public, State of New York
No. 01CO5082854
Qualified in Richmond County
Commission Expires July 28, 2009

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-first** day of **January** A.D. **1987** , said Court being the highest Court of Record in said Commonwealth:

## Victor G. Milione

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-seventh** day of **June** in the year of our Lord **two thousand and seven**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## CERTIFICATE OF SERVICE

I, Christopher M. Desiderio, hereby certify that on this 9th day of July 2007, I caused a true and correct copy of the Motion for Admission of Victor G. Milione to Practice, Pro Hac Vice to be served upon parties below by regular mail, postage prepaid.

Christopher M. Desiderio, Esq.

Richard M. Cieri, Esq., Marc Kieselstein, Esq.
David Seligman, Esq., Edward O. Sassower, Esq.
Jeffrey S. Powell, Esq., Stephen E. Hessler, Esq.
Mark McKane, Esq.
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022-4611

Mark I. Bane, Esq., Mark R. Somerstein, Esq.
David S. Elkind, Esq.
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Gary L. Kaplan, Esq.
Brad E. Scheler, Esq.
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, NY 10004

Alan W. Kornberg, Esq., Andrew N. Rosenberg, Esq.
Elizabeth R. McColm, Esq.
PAUL WEISS RIFKIND WHARTON & GARRISON
LLP
1285 Avenue of the Americas
New York, NY 10019

Jeffrey R. Gleit, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019

Kenneth H. Eckstein, Esq.
Joshua K. Brody, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

Gary M. Graber, Esq.
HODGSON RUSS LLP
One M&T Plaza
Buffalo, NY 14203

Joseph Pasquariello, Esq.
Brendan D. O'Neill, Esq.
GOODMANS LLP
250 Yonge Street
Toronto, ON M5B 2M6

- 2 -

Ken Coleman, Esq.
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY  10020

Jane Rue Wittstein, Esq.
JONES DAY
222 East 41st Street
New York, NY  10017

N. Theodore Zink, Jr., Esq.
Andrew Rosenblatt, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112

Peter V. Pantaleo, Esq.
SIMPSON THATCHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017

Emil A. Kleinhaus, Esq.
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                          :
                                               :         Chapter 11
                                               :
CALPINE CORPORATION, *et al.*,                 :         Case No. 05-60200 (BRL)
                                               :
                                               :         (Jointly Administered)
                                               :
-------------------------------------------------------------x
HSBC BANK USA, NATIONAL                        :
ASSOCIATION, AS INDENTURE                      :
TRUSTEE, THE BANK OF NEW YORK,                 :         Case No. 1:07-cv-03088 (GBD)
AS ADMINISTRATIVE AGENT,                       :
WILMINGTON TRUST FSB, AS                       :
INDENTURE TRUSTEE, WILMINGTON                  :
TRUST COMPANY, AS ADMINISTRATIVE               :
AGENT, AND MANUFACTURERS                       :
& TRADERS TRUST COMPANY,                       :
AS INDENTURE TRUSTEE,                          :
                                               :
            Appellants,                        :
                                               :
        – against –                            :
                                               :
CALPINE CORPORATION, THE OFFICIAL              :
COMMITTEE OF UNSECURED                         :
CREDITORS OF CALPINE CORPORATION,              :
AND THE OFFICIAL COMMITTEE OF                  :
EQUITY SECURITY HOLDERS,                       :
                                               :
            Appellees.                         :
-------------------------------------------------------------x    *caption continued on next page*

```
-------------------------------------------------------------x
```
**CALPINE CORPORATION, THE OFFICIAL** :
**COMMITTEE OF UNSECURED** :
**CREDITORS OF CALPINE CORPORATION,** :
**AND THE OFFICIAL COMMITTEE OF** :
**EQUITY SECURITY HOLDERS,** :
　 :
　　　　　　**Appellants,** :
　 :
　　　　　– against – :
　 :
**HSBC BANK USA, NATIONAL** :
**ASSOCIATION, AS INDENTURE** :
**TRUSTEE, THE BANK OF NEW YORK,** :
**AS ADMINISTRATIVE AGENT,** :
**WILMINGTON TRUST FSB, AS** :
**INDENTURE TRUSTEE, WILMINGTON** :
**TRUST COMPANY, AS ADMINISTRATIVE** :
**AGENT, AND MANUFACTURERS** :
**& TRADERS TRUST COMPANY,** :
**AS INDENTURE TRUSTEE,** :
　 :
　　　　　　**Appellees.** :
```
-------------------------------------------------------------x
```

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

Victor G. Milione, an active member in good standing in the Commonwealth of

Massachusetts, having applied in the above-entitled action for admission to practice in the

Southern District of New York on a *pro hac vice* basis, representing Wilmington Trust

Company, as Collateral Agent; Wilmington Trust FSB as Indenture Trustee; and, Wilmington

Trust Company, as Administrative Agent,[1] in the above captioned matter.

IT IS HEREBY ORDERED THAT the application is granted.

Dated: July __, 2007

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK

---

[1]    The Motion was filed to represent (i) Wilmington Trust FSB as Indenture Trustee for the First Priority
Secured Floating Rate Notes due 2009, issued on or about March 23, 2004, by CalGen in the original aggregate
principal amount of $235,000,000.00; (ii) Wilmington Trust Company as Administrative Agent for the First Priority
Institutional Term Loans due 2009, issued on or about March 23, 2004, in the original aggregate principal amount of
$600,000,000.00 and, (iii) Wilmington Trust Company in its capacity as Collateral Agent under that Collateral Trust
and Intercreditor Agreement dated March 23, 2004, between: Calpine CalGen Holdings, Inc., Calpine Generating
Company, LLC, certain Debtor Guarantors, Wilmington Trust FSB as Trustee, Morgan Stanley Senior Funding, Inc.
as Term Loan Administrative Agent, the Bank of Nova Scotia as Revolving Loan Administrative Agent as
Collateral Agent for:

(a) the First Priority Secured Floating Rate Notes due 2009, issued on or about March 23, 2004, by CalGen
in the original aggregate principal amount of $235,000,000.00 (for which Wilmington Trust FSB serves as
Indenture Trustee and Wilmington Trust Company serves as Collateral Agent);

(b) the First Priority Institutional Term Loans due 2009, issued on or about March 23, 2004, in the original
aggregate principal amount of $600,000,000.00 (for which Wilmington Trust Company serves as successor
Administrative Agent and Wilmington Trust Company serves as Collateral Agent);

(c) the First Priority Secured Revolving Loans issued on or about March 23, 2004, in the original aggregate
principal amount of $200,000,000.00 (for which Wilmington Trust Company serves as Collateral Agent);

(d) the Second Priority Secured Floating Rate Notes due 2010, issued on or about March 23, 2004, by
CalGen in the original aggregate principal amount of $640,000,000.00 (for which Wilmington Trust
Company serves as Collateral Agent);

(e) the Second Priority Secured Institutional Term Loans due 2010, issued on or about March 23, 2004, in
the original aggregate principal amount of $100,000,000.00 (for which Wilmington Trust Company serves
as Collateral Agent);

(f) the Third Priority Secured Floating Rate Notes due 2011, issued on or about March 23, 2004, in the
original aggregate principal amount of $680,000,000.00 (for which Wilmington Trust Company serves as
Collateral Agent); and

(g) the 11 ½ % Third Priority Secured Notes due 2011, issued on or about March 23, 2004, in the original
aggregate principal amount of $150,000,000.00 (for which Wilmington Trust Company serves as Collateral
Agent).