

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS   NEW YORK, NY 10036-8704   212-596-9000
BOSTON   NEW YORK   PALO ALTO   SAN FRANCISCO   WASHINGTON, DC   www.ropesgray.com

August 8, 2007

David S. Elkind
212-841-0608
David.Elkind@ropesgray.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 3 2007

**SO ORDERED**
The oral argument is scheduled for October 11, 2007 at 11:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS
AUG 1 3 2007

**BY FACSIMILE**

Hon. George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
400 Pearl Street, Room 630
New York, New York 10007

Re:   In re Calpine Corp. et al, Debtors; HSBC Bank USA, et al. v. Calpine Corp., et al. and Calpine Corp., et al. v. HSBC Bank USA, et al., 1:07-cv-03088(GBD)

Dear Judge Daniels:

We are the attorneys for HSBC Bank USA, National Association, as Indenture Trustee, and The Bank of New York, as Administrative Agent, in the above appeals from orders of the Bankruptcy Court pending before Your Honor. As Your Honor is aware, briefing on the above appeals is complete. We have conferred with counsel for each of the other parties to the foregoing appeals, and are writing to request, on behalf of all parties, oral argument of the above appeals.

Thank you for your consideration.

Respectfully submitted,

David S. Elkind

DSE:mda

cc:   Richard M. Cieri, Esq. (via e-mail)
      Fred S. Hodora, Esq. (via e-mail)
      Gary L. Kaplan, Esq. (via e-mail)
      Christopher M. Desiderio, Esq. (via e-mail)
      Richard C. Pedone, Esq. (via e-mail)
      Martin J. Bienenstock, Esq. (via e-mail)
      Judy G.Z. Liu, Esq. (via e-mail)

3429645_1.DOC

ROPES & GRAY LLP

- 2 -                                                                                          August 8, 2007

    John Lucas, Esq. (via e-mail)
    Robert Alan Johnson, Esq. (via e-mail)

3429645_1.DOC