# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE · NEW YORK, NY 10153-0119

(212) 310-8000

FAX: (212) 310-8007

DALLAS
HOUSTON
MENLO PARK
(SILICON VALLEY)
MIAMI
WASHINGTON, D.C.

BRUSSELS
BUDAPEST
LONDON
PRAGUE
WARSAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 3 2007

JUDY G. Z. LIU
DIRECT LINE (212) 310-8512

August 21, 2007

**SO ORDERED**
The oral argument is rescheduled to October 25, 2007 at 10:45 a.m.

AUG 2 3 2007

*George B. Daniels*

HON. GEORGE B. D......

**VIA FACSIMILE ONLY**

Hon. George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
400 Pearl Street, Room 630
New York, New York 10007

Re: In re Calpine Corp. et al., Debtors; HSBC Bank USA, et al. v.
Calpine Corp. et al. and Calpine Corp. v. HSBC Bank, et al., 1:07-cv-03088 (GBD)

Dear Judge Daniels:

We are the attorneys for Manufacturers & Traders Company ("M&T Bank"), as Indenture Trustee, in the above-captioned appeals from orders of the Bankruptcy Court pending before your Honor. As Your Honor is aware, oral argument has been scheduled for October 11, 2007 at 11:00 a.m. We are writing to request a new date for oral argument because one of the attorneys representing M&T Bank has a conflict with the current date and time. Counsel to each of the parties to this appeal have consented and request rescheduling of the hearing, subject to Your Honor's availability, during the week of October 22, 2007.

Thank you for your consideration.

Respectfully submitted,

*Judy G.Z. Liu*

Judy G.Z. Liu

JGZL/jwl
cc: Marc Kieselstein, Esq. (via e-mail)
 Fred S. Hodera, Esq. (via e-mail)
 Gary L. Kaplan, Esq. (via e-mail)
 Christopher M. Desiderio, Esq. (via e-mail)
 Richard C. Pedone, Esq. (via e-mail)
 Robert Alan Johnson, Esq. (via e-mail)
 David S. Elkind, Esq. (via e-mail)
 Mark Somerstein, Esq. (via e-mail)

NY2:\1701875\01\12#MB01!.DOC\61400.0004

TOTAL P.02