

100 Summer Street
Boston, MA 02110-1832
(617) 345-1000
Fax: (617) 345-1300
Richard C. Pedone
Direct Dial: (617) 345-1305
Direct Fax: (866) 947-1890
E-Mail: rpedone@nixonpeabody.com

November 30, 2007

**VIA HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 630
New York, New York 10007

    Re:    In re Calpine Corp.: 1:07-cv-03088

Dear Judge Daniels:

    We are the attorneys for Wilmington Trust Company as Administrative Agent and Wilmington Trust FSB as Indenture Trustee, (the "First Priority Debt Representatives"), Calpine Corp., et al. (the "Debtors") and Official Committee of Unsecured Creditors of Calpine Corporation, et al. (the "Unsecured Creditors Committee") in the above appeals from orders of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

    We are writing to inform you that on November 27, 2007, the Bankruptcy Court approved a stipulation between the First Priority Debt Representatives, the Debtors, and Unsecured Creditors Committee (the "Stipulation") resolving all the claims of the First Priority Debt Representatives. I have attached a copy of the Bankruptcy Court's order approving the Stipulation. The actual settlement Stipulation is attached to the Bankruptcy Court's order.

    As a result of the Stipulation, the issues raised on appeal by the First Priority Debt Representatives (and the First Priority Debt representatives only) are no longer in dispute and have been resolved. In other words, to be clear, although the Debtors and the Unsecured Creditors Committee are parties to the Stipulation, the Stipulation does not resolve the issues raised by the Debtors and Unsecured Creditors Committee as appellants in this matter against any party other than the First Priority Debt Representatives --nor does the Stipulation resolve the issues raised by other appellants who were not parties to the Stipulation.

10799853.1

Thank you for your continued courtesies.

Respectfully,

*(signature)*

Richard C. Pedone, Esq.
Christopher Desiderio, Esq.
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 310-8007

Attorneys for Wilmington Trust Company as successor Administrative Agent and Wilmington Trust FSB as Indenture Trustee


Edward O. Sassower, Esq.
Stephen Hessler, Esq.
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for the Debtors and Debtors in Possession


Fred S. Hodora, Esq.
Robert Johnson, Esq.
AKIN GUMP STRAUSS HAUER & FELD, LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1001

Attorneys for the Official Committee of Unsecured Creditors of Calpine Corporation, et al.

Thank you for your continued courtesies.

          Respectfully,

          Richard C. Pedone, Esq.
          Christopher Dessiderio, Esq.
          NIXON PEABODY LLP
          100 Summer Street
          Boston, Massachusetts 02110
          Telephone: (617) 345-1000
          Facsimile: (617) 310-8007

          Attorneys for Wilmington Trust Company as
          successor Administrative Agent and Wilmington
          Trust FSB as Indenture Trustee

          */s/ Steph E. Hessl*
          Edward O. Sassower, Esq.
          Stephen Hessler, Esq.
          KIRKLAND & ELLIS LLP
          153 East 53rd Street
          New York, New York 10022-4611
          Telephone: (212) 446-4800
          Facsimile: (212) 446-4900

          Attorneys for the Debtors and
          Debtors in Possession

          Fred S. Hodora, Esq.
          Robert Johnson, Esq.
          AKIN GUMP STRAUSS HAUER & FELD, LLP
          590 Madison Avenue
          New York, New York 10022
          Telephone: (212) 872-1000
          Facsimile: (212) 872-1001

          Attorneys for the Official Committee of

Thank you for your continued courtesies.

Respectfully,

_____
Richard C. Pedone, Esq.
Christopher Desiderio, Esq.
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 310-8007

Attorneys for Wilmington Trust Company as successor Administrative Agent and Wilmington Trust FSB as Indenture Trustee

_____
Edward O. Sassower, Esq.
Stephen Hessler, Esq.
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for the Debtors and Debtors in Possession

_____
Fred S. Hodora, Esq.
Robert Johnson, Esq.
AKIN GUMP STRAUSS HAUER & FELD, LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1001

Attorneys for the Official Committee of Unsecured Creditors of Calpine Corporation, et al.

NIXON PEABODY LLP

Enclosures

cc: David S. Elkind, Esq.
    Martin Beinenstock, Esq.
    Gary L. Kaplan, Esq.