

ATTORNEYS AT LAW

100 Summer Street
Boston, MA 02110-1832
(617) 345-1000
Fax: (617) 345-1300
Richard C. Pedone
Direct Dial: (617) 345-1305
Direct Fax: (866) 947-1890
E-Mail: rpedone@nixonpeabody.com

February 27, 2008

**VIA HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 630
New York, New York 10007

      Re:    In re Calpine Corp.: 1:07-cv-03088

Dear Judge Daniels:

      We are the attorneys for Wilmington Trust Company as Collateral Agent, (the "Collateral Agent"), Calpine Corp., et al. (the "Debtors") and Official Committee of Unsecured Creditors of Calpine Corporation, et al. (the "Unsecured Creditors Committee") in the above appeals from orders of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      We are writing to inform you that on December 19, 2007, the Bankruptcy Court confirmed the Debtors' Sixth Amended Plan of Reorganization (the "Plan"). The Collateral Agent, the Debtors, and the Unsecured Creditors Committee were able to agree to language, which was included the Plan, which resolved the issues raised on appeal by the Collateral Agent (and the Collateral Agent only). Further, the Collateral Agent agreed that such language would be included in the Plan "in consideration for the CalGen Collateral Agent's withdrawal from the appeal of the CalGen Debt Repayment Order." Plan Article IX.A.7.

      To be clear, the Plan does not resolve the issues raised by the Debtors and Unsecured Creditors Committee as appellants in this matter against any party other than the Collateral Agent -- nor does the Plan resolve the issues raised by other appellants.

Thank you for your continued courtesies.

Respectfully,

*/s/ Richard C. Pedone*

Richard C. Pedone, Esq.
Christopher Desiderio, Esq.
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 310-8007

Attorneys for Wilmington Trust Company as Collateral Agent

---

David R. Seligman, Esq.
Alexandra S. Kelly, Esq.
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for the Debtors and Debtors in Possession

---

Philip C. Dublin, Esq.
Robert Johnson, Esq.
Sarah A. Schultz, Esq.
AKIN GUMP STRAUSS HAUER & FELD, LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1001

Attorneys for the Official Committee of Unsecured Creditors of Calpine Corporation, et al.

Thank you for your continued courtesies.

Respectfully,

_____
Richard C. Pedone, Esq.
Christopher Desiderio, Esq.
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 310-8007

Attorneys for Wilmington Trust Company as
Collateral Agent

_____
David R. Seligman, Esq.
Alexandra S. Kelly, Esq.
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for the Debtors and
Debtors in Possession

_____
Philip C. Dublin, Esq.
Robert Johnson, Esq.
Sarah A. Schultz, Esq.
AKIN GUMP STRAUSS HAUER & FELD, LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1001

Attorneys for the Official Committee of
Unsecured Creditors of Calpine Corporation, et al.

NIXON PEABODY LLP

Thank you for your continued courtesies.

                        Respectfully,

                        _____
                        Richard C. Pedone, Esq.
                        Christopher Desiderio, Esq.
                        NIXON PEABODY LLP
                        100 Summer Street
                        Boston, Massachusetts 02110
                        Telephone: (617) 345-1000
                        Facsimile: (617) 310-8007

                        Attorneys for Wilmington Trust Company as
                        Collateral Agent


                        _____
                        David R. Seligman, Esq.
                        Alexandra S. Kelly, Esq.
                        KIRKLAND & ELLIS LLP
                        153 East 53rd Street
                        New York, New York 10022-4611
                        Telephone: (212) 446-4800
                        Facsimile: (212) 446-4900

                        Attorneys for the Debtors and
                        Debtors in Possession

                        _/s/ Philip C. Dublin_____
                        Philip C. Dublin, Esq.
                        Robert Johnson, Esq.
                        Sarah A. Schultz, Esq.
                        AKIN GUMP STRAUSS HAUER & FELD, LLP
                        590 Madison Avenue
                        New York, New York 10022
                        Telephone: (212) 872-1000
                        Facsimile: (212) 872-1001

                        Attorneys for the Official Committee of
                        Unsecured Creditors of Calpine Corporation, et al.

cc: David S. Elkind, Esq.
     Martin Beinenstock, Esq.
     Gary L. Kaplan, Esq.