UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re                                                         :
                                                              :
CALPINE CORPORATION, *et al.*,                                :   **Chapter 11**
                                                              :
------------------------------------------------------------- x   **Case No. 05-60200 (BRL)**
HSBC BANK USA, NATIONAL                                       :
ASSOCIATION, AS INDENTURE TRUSTEE,                            :   (Jointly Administered)
THE BANK OF NEW YORK, AS                                      :
ADMINISTRATIVE AGENT, WILMINGTON                              :
TRUST FSB, AS INDENTURE TRUSTEE,                              :   **Case No. 1:07-cv-03088 (GBD)**
WILMINGTON TRUST COMPANY, AS                                  :
ADMINISTRATIVE AGENT, AND                                     :
MANUFACTURERS & TRADERS TRUST                                 :
COMPANY, AS INDENTURE TRUSTEE,                                :
                                                              :
                              Appellants,                     :
                                                              :
        -against-                                             :
                                                              :
CALPINE CORPORATION, THE OFFICIAL                             :
COMMITTEE OF UNSECURED CREDITORS                              :
OF CALPINE CORPORATION, AND THEN                              :
OFFICIAL COMMITTEE OF EQUITY                                  :
SECURITY HOLDERS,                                             :
                                                              :
                              Appellees.                          *Caption continued on next page*
------------------------------------------------------------- x

```
------------------------------------------------------------- x
CALPINE CORPORATION, THE OFFICIAL          :
COMMITTEE OF UNSECURED CREDITORS           :
OF CALPINE CORPORATION, AND THE            :
OFFICIAL COMMITTEE OF EQUITY               :
SECURITY HOLDERS,                          :
                                           :
                        Appellants,        :
                                           :
         -against-                         :
                                           :
HSBC BANK USA, NATIONAL                    :
ASSOCIATION, AS INDENTURE TRUSTEE,         :
THE BANK OF NEW YORK, AS                   :
ADMINISTRATIVE AGENT, WILMINGTON           :
TRUST FSB, AS INDENTURE TRUSTEE,           :
WILMINGTON TRUST COMPANY, AS               :
ADMINISTRATIVE AGENT, AND                  :
MANUFACTURERS & TRADERS TRUST              :
COMPANY, AS INDENTURE TRUSTEE              :
                                           :
                        Appellees.         :
------------------------------------------------------------- x
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned hereby appears as counsel for Manufacturers & Traders Trust Company, appellees in the above-captioned action, and requests that copies of all notices, pleadings, and orders entered herein be sent to the undersigned.

Dated: New York, New York  
   January 13, 2009    By: _/s/ Judy G.Z. Liu_  
                Judy G.Z. Liu  
                Member of the Firm  
                DEWEY & LEBOEUF LLP  
                1301 Avenue of the Americas  
                New York, NY 10019  
                (212) 259-8512  
                (212) 424-8500 (fax)  
                Email: jliu@dl.com  
                *ATTORNEYS FOR MANUFACTURERS &*  
                *TRADERS TRUST COMPANY, AS*  
                *INDENTURE TRUSTEE UNDER THE THIRD*  
                *PRIORITY INDENTURE*